# EXHIBIT 1

# Seaside Payday
## APPLICATION

**IMPORTANT INFORMATION ABOUT PROCEDURES FOR OPENING A NEW ACCOUNT:** To help the government fight the funding of terrorism and money laundering activities, Federal law requires all financial institutions to obtain, verify, and record information that identifies each person who opens an account. **What this means for you:** When you open an account, we ("we" or "us" refers to Seaside Payday, a tribal entity wholly owned by the Wakpamni Lake Community Corporation (WLCC) of the Sioux Indians, South Dakota, a sovereign nation located within the United States of America, and operating within the Tribe's Reservation) will ask for your name, address, date of birth, and other information that will allow us to identify you. We may also ask to see your driver's license or other identifying document.

**NOTICE:** _WE ARE REQUIRED BY LAW TO ADOPT PROCEDURES TO REQUEST AND RETAIN IN OUR RECORDS INFORMATION NECESSARY TO VERIFY YOUR IDENTITY_

### PERSONAL INFORMATION

| Name: Jacinta Elder | Social Security Number: ▮ | |
|---|---|---|
| Address: 4701 Willard Ave | City: Chevy Chase | State: MD  Zip: 20815 |
| Date of Birth: ▮ | Length at Address Yrs: 2 Mths: | Email Address: ▮ |
| Home Phone: | Cell Phone: | Fax Number: |

### INCOME INFORMATION

| Employer: FDA | Month Net Income: ▮ | Work Phone: ▮ |
|---|---|---|
| Pay Period: BiWeekly | Next Pay Date: July 5, 2013 | Last Pay Date: June 21, 2013 |
| Length of Employment: 24 | Customer Payroll | |
| Supervisor's Name: FDA | Supervisor or HR Phone: ▮ | |

### BANK INFORMATION

| Type of Account: Checking | Routing Number: ▮ | Account Number: ▮ |
|---|---|---|

### REFERENCE INFORMATION

| 1. | Phone Number: ▮ | Relationship: RELATIVE |
|---|---|---|
| 2. | Phone Number: ▮ | Relationship: RELATIVE |

By typing your name and clicking "I Agree" below, you are electronically signing this Application. By electronically signing and submitting this Application Statement, you certify that all of the information provided above is true, complete and correct and provided to us for the purpose of inducing us to make the loan for which you are applying and you acknowledge receiving a fully completed copy of this Application and accompanying documents. This Application will be deemed incomplete and will not be processed by us unless agreed by you below. By electronically signing below you also agree that we may obtain and use information about you from third parties, including consumer reports, to evaluate your application and to review your account for as long as you owe any amount to us.

**SIGNATURE:** Jacinta Elder                                         **DATE:** July 1, 2013

**COVERED BORROWER IDENTIFICATION STATEMENT:**

Federal law provides important protections to active duty members of the Armed Forces and their dependents. To ensure that these protections are provided to eligible applicants, we require you to select and electronically sign ONE of the following statements as applicable:

PLEASE SELECT ONE OF THE FOLLOWING STATEMENTS:

I AM a regular or reserve member of the Army, Navy, Marine Corps, Air Force, or Coast Guard, serving on active duty under a call or order that does not specify a period of 30 days or fewer, or such member serving on Active National Guard duty.

I AM a dependent of a member of the Armed Forces on active duty as described above, because I am the member's spouse, the member's child under the age of eighteen years old, or I am an individual for whom the member provided more than one-half of my financial support for 180 days immediately preceding today's date.

--OR--

⦿ I AM NOT a regular or reserve member of the Army, Navy, Marine Corps, Air Force, or Coast Guard, serving on active duty under a call or order that does not specify a period of 30 days or fewer (or a dependent of such a member).

**WARNING: IT IS IMPORTANT TO FILL OUT THIS FORM ACCURATELY. KNOWINGLY MAKING A FALSE STATEMENT ON A CREDIT APPLICATION IS A CRIME.**

Signature: Jacinta Elder Date: July 1, 2013

Seaside Payday

# LOAN AGREEMENT

| | |
|---|---|
| Agreement Date: July 1, 2013<br>Payment Due Date: July 19, 2013 | LOAN#: 101132916 |
| Name of Lender: Seaside Payday, LDC<br>Address of Lender:<br>No. 35 New Road, P.O. Box 2391<br>Belize City<br>--, 00000 | NAME: Jacinta Elder<br>ADDRESS: 4701 Willard Ave<br>CITY: Chevy Chase<br>STATE: MD ZIP: 20815<br>PHONE: 3016563808 |

In this Loan Agreement (hereinafter, the "Loan Agreement") the words "you", "your" and "I" mean the borrower who has electronically signed it. The words "we", "us" and "our" mean Seaside Payday ("Lender"), a licensed lender of consumer loans regulated by the Tribal laws of Wakpamni Lake Community Corporation.

## TRUTH IN LENDING DISCLOSURES

| Annual Percentage Rate:<br>The cost of your credit as a yearly rate. | Finance Charge<br>The dollar amount the credit will cost you. | Amount Financed<br>The amount of credit provided to you or on your behalf. | Total of Payments<br>The amount you will have paid after you have made all payments as scheduled. |
|---|---|---|---|
| 735.0728% | $3,375.00 | $500.00 | $3,875.00 |

Your payment schedule (the "Payment Schedule") will be:

| Number of Payments | Amount of Payments | When Payments Are Due |
|---|---|---|
| 1 | $150.00 | July 19, 2013 |
| 1 | $150.00 | August 2, 2013 |
| 1 | $150.00 | August 16, 2013 |
| 1 | $150.00 | August 30, 2013 |
| 1 | $150.00 | September 13, 2013 |
| 1 | $150.00 | September 27, 2013 |
| 1 | $150.00 | October 11, 2013 |
| 1 | $150.00 | October 25, 2013 |
| 1 | $150.00 | November 8, 2013 |
| 1 | $150.00 | November 22, 2013 |
| 1 | $150.00 | December 6, 2013 |
| 1 | $150.00 | December 20, 2013 |
| 1 | $175.00 | January 3, 2014 |
| 1 | $167.50 | January 17, 2014 |
| 1 | $160.00 | January 31, 2014 |
| 1 | $152.50 | February 14, 2014 |
| 1 | $145.00 | February 28, 2014 |
| 1 | $137.50 | March 14, 2014 |
| 1 | $130.00 | March 28, 2014 |
| 1 | $122.50 | April 11, 2014 |
| 1 | $115.00 | April 25, 2014 |
| 1 | $107.50 | May 9, 2014 |
| 1 | $100.00 | May 23, 2014 |
| 1 | $92.50 | June 6, 2014 |
| 1 | $85.00 | June 20, 2014 |
| 1 | $77.50 | July 3, 2014 |
| 1 | $70.00 | July 18, 2014 |
| 1 | $62.50 | August 1, 2014 |
| 1 | $55.00 | August 15, 2014 |
| 1 | $47.50 | August 29, 2014 |
| 1 | $40.00 | September 12, 2014 |
| 1 | $32.50 | September 26, 2014 |

Prepayment: If you pay off the Loan early, you will not have to pay a penalty.

Returned Payment Fee: If any payment provided to us is returned for nonpayment, you will be charged a fee of $30.

Late Fee: If any payment listed in the Payment Schedule is not received by us on its Payment Due Date, you will be charged a fee of $20.

Security Interest: If you have chosen the ACH Debit Authorization option, your ACH authorization is security for this loan.

See the Loan Agreement for any additional information about nonpayment, default, any required repayment in full before the scheduled date, and prepayment penalties.

Itemization of Amount Financed: $500.00 Amount given to you directly: $500.00

**PROMISE TO PAY:** You promise to pay to the order of Lender or any subsequent holder of this Agreement the principal sum of $500.00 plus interest from the date of this Loan at the rate of 735.0728% per year until this Loan is repaid in full. You promise to pay these amounts on the dates listed in the Payment Schedule above.

You also promise to pay to us or to any subsequent holder of this Agreement any other fees provided for under this Agreement.

**PAYMENTS:** You promise to pay each payment shown above on or before the applicable Payment Due Date. If you have chosen the ACH Debit Authorization option, your payment plus any fees due to us (if applicable) will be debited from your Bank Account on each Payment Due Date as set forth above. Additional provisions related to this authorization (including provisions related to how such authorization may be terminated) are set forth in the ACH Authorization terms set forth below. If you have chosen to receive your loan proceeds via check and to repay all amounts due pursuant to this Agreement via money order or certified check, please mail your payments payable to P.O. Box 6048, Pine Ridge, SD 57770, by the Payment Due Dates indicated within "When Payments Are Due" section of this agreement to Seaside Payday for receipt and processing. All mailed payments must reach this address by 4:00 pm Eastern Time on the Payment Due Date.

**NO CONTINGENCY:** You agree that we cannot make and have not made the Loan contingent upon your obtaining any other product or service from us or anyone else.

**PAYMENT APPLICATION:** Lender will apply your payments first to any fees due to Lender, then to earned but unpaid interest, and then to principal amounts outstanding.

**WHEN YOU BEGIN PAYING INTEREST:** You begin to pay us interest on the Loan on the date the proceeds of the Loan are deposited into your Bank Account, or, if you elect to repay your Loan proceeds by mail and thus receive your Loan proceeds by check through the mail, the date we issue the check (the "Disbursement Date"). Unavoidable delays as a result of bank holidays, the processing schedule of your individual bank, the untimely receipt of income verification, if such verification is required, inadvertent processing errors, "acts of God", and/or "acts of terror" may extend the time for disbursement. You will be charged interest on the unpaid amount of the Loan each day from the Disbursement Date until the Loan is paid in full. In calculating your payments, we have assumed you will make each payment on the day and in the amount due. If any payment is received after the Payment Due Date, you must pay any additional interest that accrues after such date. If you have any questions, please call us at 8667353525. There are no grace periods that apply to this Loan in connection with the Payment Due Dates set forth above. If you have elected to repay this Loan via ACH debits to your Bank Account and any payment is due on a day on which your bank is not open, then such payment shall be due on the next day upon which your bank is open. If you have elected to repay this loan via certified check or money order and any payment is due on a day other than a business day, then such payment will be due on the next business day.

**CALCULATION OF INTEREST AND PAYMENTS:** The interest charged hereunder is calculated using the outstanding principal balance method and has been computed to account for your payment of all installments on the scheduled Payment Due Dates. Interest shall not be payable in advance or compounded.

**ATTORNEYS' FEES RELATED TO COLLECTION:** You understand that in the event the Lender is required to employ an attorney at law to collect any amounts due under this Note, you will be required to pay the reasonable fees of such attorney to protect the interest of Lender or to take any other action required to collect the amounts due hereunder.

**PREPAYMENT:** You may prepay all or part of the amount you owe us at any time without penalty. If you pay in full early, you must pay the interest accrued on your Loan and all other amounts due.

**RETURNED PAYMENT FEE:** If any payment made by you on this Loan is not honored or cannot be processed for any reason, including not enough money in your Bank Account, you agree to pay us a fee of $30. You authorize us and our agents to make a one-time withdrawal from your Bank Account to collect this fee, if you have elected to repay this loan via ACH debits to your Bank Account. Your financial institution may also impose a fee if your Bank Account does not have sufficient funds to cover any debit processed for payment from such Bank Account.

**DEFAULT:** You will have broken your promise you made to us in this Agreement (each, a "Default") if: (a) you provide false or misleading information about yourself, your employment or your financial condition prior to entering into this Agreement, (b) you fail to make a payment by the due date or if your payment is returned to us for any reason, or (c) you file bankruptcy or become a debtor under applicable bankruptcy Laws.

**CONSEQUENCES OF DEFAULT:** Should you not do the things you agreed to under this Agreement, we may, at our option, do any one or more of the following things: (a) require you to immediately pay us everything you owe us; (b) withdraw money from your Bank Account that was not available when we tried to withdraw it at an earlier time, if you have elected to repay this loan via ACH debits to your Bank Account; and (c) pursue all legally available means to collect what you owe us. In the event we declare all amounts owed under this Agreement immediately due because you did not pay us, then you further authorize us and our agents to withdraw money from your Bank Account in the full amount due under this Agreement, if you have elected to repay this loan via ACH debits to your Bank Account. By choosing any one of more of these, we do not give up our right to use another way to collect the money you owe us later. We may decide not to use any of the ways described above to get back the money that you owe us. If so, we do not give up our right to consider what you said you would do to make payment(s) and, if you fail to make those payment(s), we will consider you to be in Default.

**VERIFICATION:** You authorize us to verify the information you provided to us in connection with your Loan application. You give us consent to obtain information about you from a consumer reporting agency or other sources at any time you have repayment obligations under this Loan. We reserve the right to withhold funding of this Loan, at any time prior to disbursement, to allow us to verify the information you have provided to us.

**CREDIT REPORTING:** We may report information about your Loan to credit bureaus. Late payments, missed payments, or other things you do may be reflected on your credit report.

**CONSENT TO ELECTRONIC COMMUNICATIONS: CONSENT TO ELECTRONIC COMMUNICATIONS:** The following terms and conditions govern electronic communications in connection with the Loan Agreement and the transaction evidenced hereby (the "Consent"). By electronically signing the Loan Agreement by clicking the "I AGREE" button and entering your name below, you are confirming that you have agreed to the terms and conditions of the Consent and that you have downloaded or printed a copy of this Consent for your records. You agree that:

- Any disclosure, notice, record or other type of information that is provided to you in connection with your transaction with us, including but not limited to, the Loan Agreement, this Consent, the Truth in Lending disclosures set forth above, change-in-term notices, fee and transaction information, statements, delayed disbursement letters, notices of adverse action, state mandated brochures and disclosures, and transaction information ("Communications"), may be sent to you electronically by posting the information at our web site, support@seasidepayday.com, or by sending it to you by e-mail, as permitted by applicable law.
- We will not be obligated to provide any Communication to you in paper form unless you specifically request us to do so or we are required to do so.
- You may obtain a copy of any Communication by contacting us at support@seasidepayday.com, or by calling us at 8667353525. You also can withdraw your consent to ongoing electronic communications in the same manner, and ask that they be sent to you in paper or non-electronic form. If you choose to receive Communications in paper or non-electronic form, we may elect to terminate the Loan Agreement and demand payment of the amount then due by the date of your withdrawal of Consent; or by the expiration of any minimum term mandated by law, whichever is later.
- You agree to provide us with your current e-mail address for notices at the address or phone numbers indicated above. If your e-mail address changes, you must send us a notice of the new address by writing to us or sending us an e-mail, using secure messaging, at least five (5) days before the change.

- In order to receive electronic communications in connection with this transaction, you will need a working connection to the Internet. Your browser must support the Secure Sockets Layer ("SSL") protocol. SSL provides a secure channel to send and receive data over the Internet. Microsoft Internet Explorer 6 and above supports this feature. You will also need either a printer connected to your computer to print disclosures/notices or sufficient hard drive space available to save the information (e.g., 1 megabyte or more). You must have your own Internet service provider.
- We may amend (add to, delete or change) the terms of this Consent to electronic communication by providing you with advance notice in accordance with applicable law.

By entering your name and clicking the "I Agree" button below, you are electronically signing this document and confirming that:

(1) your system meets the requirements set forth above;
(2) you agree to receive Communications electronically;
(3) you are able to receive emails send to the email address you have provided to us and to access and print or store information presented at this website; and
(4) you consent to having information regarding this transaction, and others you may enter into with us, transmitted via email to the email address you have provided to us, and to having that information communicated with any third party who has or obtains access to emails sent to that address.

**YOUR ELECTRONIC SIGNATURE:** You acknowledge and agree that when you type your name in the indicated boxes on this document, and click the "I Agree" button below, you are providing your electronic signature on this document. By electronically signing this document, you are agreeing to all the terms and conditions set forth in the Agreement, and certifying that all information you have provided in connection with this transaction is complete and accurate. You agree that your electronic signature shall have the same force and effect, and shall bind you to this Agreement in the same manner and to the same extent as a physical signature would do, in accordance with the Electronic Signatures in Global and National Commerce Act ("ESIGN") to the extent applicable. You also agree that this Agreement and all related documents are electronic records and that, as such, they may be transferred, authenticated, stored, and transmitted by electronic means.

**TEXT MESSAGING:** By electronically signing below, you authorize us, our assigns, successors or servicing agents to send SMS Statement Notifications (as defined below) to any phone numbers provided to us, our assigns, successors or service agents in connection with this loan. As used in this Disclosure, "SMS Statement Notifications" means any SMS (text message) communications from us to you pertaining to your loan sent to the phone numbers provided in connection with this loan, including but not limited to payment information, account information, due dates, delinquent accounts, program updates, and other marketing messages.

1. How To Unsubscribe: You may withdraw your consent to receive SMS Statement Notifications by changing by replying "STOP" to any received text message. Alternatively, you may call us at 8667353525. At our option, we may treat your provision of an invalid mobile phone number, or the subsequent malfunction of a previously valid mobile phone number, as a withdrawal of your consent to receive SMS Statement Notifications. We will not impose any fee to process the withdrawal of your consent to receive SMS Statement Notifications. Any withdrawal of your consent to use SMS Statement Notifications will be effective only after we have a reasonable period of time to process your withdrawal.
2. To request additional information contact us by telephone at (888) 528-7898.
3. The services are available on most cellular carriers. Additional carriers are added as they become available.
4. In order to access, view, and retain SMS Statement Notifications that we make available to you, you must have: (1) a SMS-capable mobile phone, (2) an active mobile phone account with a communication service provider; and (3) sufficient storage capacity on your mobile phone.
5. All SMS Statement Notifications in electronic format from us to you will be considered "in writing."
6. There is no service fee for SMS Statement Notifications but you are responsible for any and all charges, including but not limited to fees associated with text messaging, imposed by your communications service provider. Other charges may apply. Such charges may include those from your communications service provider. Please consult your mobile service carrier's pricing plan to determine the charges for sending and receiving text messages. These charges will appear on your phone bill. Message frequency depends on account settings.
7. Additionally, you agree that we may send any SMS Statement Notifications through your communication service provider in order to deliver them to you and that your communication services provider is acting as your agent in this capacity. You agree to provide a valid mobile phone number for these services so that we may send you certain information about your loan. Additionally, you agree to indemnify, defend and hold us harmless from and against any and all claims, losses, liability, cost and expenses (including reasonable attorneys' fees) arising from your provision of a mobile phone number that is not your own or your violation of applicable federal, state or local law, regulation or ordinance. Your obligation under this paragraph shall survive termination of this Agreement. SMS Statement Notifications are provided for your convenience only.
8. Receipt of each SMS Statement may be delayed or impacted by factor(s) pertaining to your communications service provider(s). We will not be liable for losses or damages arising from any disclosure of account information to third parties, non-delivery, delayed delivery, misdirected delivery or mishandling of, or inaccurate content in, the SMS Statement Notifications sent by us.

We may modify or terminate our text messaging services from time to time, for any reason, and without notice, including the right to terminate text messaging with or without notice, without liability to you, any other user or third party.

SIGNATURE: Jacinta Elder                                                                                   DATE: July 1, 2013

**SECURITY:** Pursuant to Comment 2(a)(25) of the Federal Reserve Board Official Staff Commentary to Regulation Z 12 CFR 226.2, we have disclosed to you that our interest in the ECHECK/ACH Authorization Agreement is a security interest for Truth-in-Lending purposes only, because federal and international law do not clearly address whether our interest in the ECHECK/ACH Authorization Agreement is a "security interest."

**ASSIGNMENT:** This Agreement may not be assigned by you. We may assign or transfer this Agreement and our related rights and obligations without notice to you and your consent is not required if we make such an assignment or transfer.

**GOVERNING LAW: The laws of the Tribe will govern this Agreement.** However, any dispute arising out of this Loan Agreement and any renewal thereof will be subject to the ARBITRATION PROVISION, which is governed by the Federal Arbitration Act.

# ARBITRATION AGREEMENT

## PLEASE READ CAREFULLY

THIS AGREEMENT PROVIDES FOR RESOLUTION OF DISPUTES THROUGH FINAL AND BINDING ARBITRATION BEFORE A NEUTRAL ARBITRATOR AND REPLACES THE RIGHT TO GO TO COURT AND HAVE A DISPUTE RESOLVED BY A JUDGE OR JURY. THIS AGREEMENT ALSO WAIVES YOUR ABILITY TO PARTICIPATE IN A CLASS ACTION LAWSUIT OR CLASS-WIDE ARBITRATION.

**GOVERNING LAW**
This Arbitration Agreement is governed by the Federal Arbitration Act, 9 U.S.C. Sections 1-16 ("FAA").

**WAIVER OF JURY TRIAL AND AGREEMENT TO ARBITRATE.** Unless you promptly opt-out of arbitration in the manner described below, by entering into this Arbitration Agreement, you are waiving your right to bring any claims that directly or indirectly arise from your Loan Agreement in any court other than a small claims tribunal. Instead, you are agreeing to resolve such claims in binding and mandatory arbitration.

Arbitration is a process in which persons with a dispute (a) waive their rights to file a lawsuit and proceed in court before a judge or jury; and (b) agree, instead, to submit their disputes to a neutral third person (an "arbitrator") for a decision. Each party to the dispute has an opportunity to present some evidence to the arbitrator. Discovery in arbitration proceedings may be limited. Arbitration proceedings are private and less formal than court trials. The arbitrator will issue a final and binding decision resolving the dispute, which may be enforced as a court judgment. A court rarely overturns an arbitrator's decision.

**SCOPE OF THE ARBITRATION AGREEMENT.** For purposes of this Arbitration Agreement, the words "dispute" and "disputes" are given the broadest possible meaning and include, without limitation (a) all claims, disputes, or controversies arising from or relating directly or indirectly to the signing of this Arbitration Agreement, the validity and scope of this Arbitration Agreement, the matters subject to arbitration under this Arbitration Agreement, and any claim or attempt to set aside this Arbitration Agreement, including but without limitation on the basis of unconscionability; (b) all federal or state law claims, disputes, or controversies, arising from or relating directly or indirectly to the Loan Agreement, the information you gave us before entering into the Loan Agreement, including the customer information application, and/or any past agreement or agreements between you and us; (c) all counterclaims, cross-claims, and third-party claims; (d) all common law claims, based upon contract, tort, fraud, or other common law theories; (e) all claims based upon a violation of any state or federal constitution, statute, or regulation; (f) all claims asserted by us against you, including claims for money damages to collect any sum we claim you owe us; (g) all claims asserted by you against us and/or any of our employees, agents, directors, officers, shareholders, governors, managers, members, parent company, affiliated entities, successors, assigns, or subsequent holders of your promissory note (hereinafter collectively referred to as "related third parties"), including claims for money damages and/or equitable or injunctive relief; (h) all claims asserted on your behalf by another person; (i) all claims asserted by you as a private attorney general, as a class representative, or in any other representative capacity, or as member of any class or putative class asserting claims against us or any related third parties, (hereinafter referred to as "Representative Claims"); and/or (j) all claims arising from or relating directly or indirectly to the disclosure by us or related third parties of any non-public personal information about you.

**CLASS ACTION WAIVER.** By agreeing to this Arbitration Agreement, you are waiving your ability to participate in class action litigation and/or class-wide arbitration as a class representative, a class member, or in any other capacity. This Class Action Waiver shall remain in effect even if a court or arbitrator finds that the agreement to arbitrate set forth in this Arbitration Agreement is unenforceable. **THEREFORE YOU ACKNOWLEDGE AND AGREE AS FOLLOWS:**

- **YOU ARE GIVING UP YOUR RIGHT TO HAVE A TRIAL BY JURY TO RESOLVE ANY DISPUTE ALLEGED AGAINST US OR RELATED THIRD PARTIES; and**
- **YOU ARE GIVING UP YOUR RIGHT TO HAVE A COURT, OTHER THAN A SMALL CLAIMS TRIBUNAL, RESOLVE ANY DISPUTE ALLEGED AGAINST US OR RELATED THIRD PARTIES; and**
- **YOU ARE GIVING UP YOUR RIGHT TO SERVE AS A REPRESENTATIVE, AS A PRIVATE ATTORNEY GENERAL, OR IN ANY OTHER REPRESENTATIVE CAPACITY, AND/OR TO PARTICIPATE AS A MEMBER OF A CLASS OF CLAIMANTS, IN ANY LAWSUIT OR ARBITRATION FILED AGAINST US AND/OR RELATED THIRD PARTIES.**

1. Except as provided in Paragraph 10 below, all disputes including any Representative Claims against us and/or related third parties shall be resolved by binding arbitration on an individual basis with you only. **THEREFORE, THE ARBITRATOR SHALL NOT CONDUCT CLASS ARBITRATION; THAT IS, THE ARBITRATOR SHALL NOT ALLOW YOU TO SERVE AS A REPRESENTATIVE, AS A PRIVATE ATTORNEY GENERAL, OR IN ANY OTHER REPRESENTATIVE CAPACITY FOR OTHERS IN ANY ARBITRATION.**

2. Any party to a dispute, including related third parties, may send the other party written notice by certified mail return receipt requested of their intent to arbitrate and setting forth the subject of the dispute along with the relief requested, even if a lawsuit has been filed. Regardless of who demands arbitration, you shall have the right to select either of the following arbitration organizations to administer the arbitration: the American Arbitration Association (hereinafter referred to as "AAA") (1-800-778-7879) http://www.adr.org or JAMS (1-800-352-5267) http://www.jamsadr.com. The parties may also agree in writing to select an arbitrator who resides within your federal judicial district who is an attorney, retired judge, or arbitrator registered and in good standing with an arbitration association, and to arbitrate in accordance with such arbitrator's rules. If (a) the AAA and JAMS are unavailable or unwilling to arbitrate a dispute covered by this Arbitration Agreement, and (b) the parties cannot reach an agreement as to an alternative arbitrator, and (c) an action is filed in any court other than a small claims tribunal, that court shall appoint a substitute arbitrator pursuant to Section 5 of the FAA.

3. The party receiving notice of arbitration shall respond in writing by certified mail return receipt requested within twenty (20) days. If you demand arbitration, you must inform us in your demand of the arbitration organization you have selected or whether you desire to select a local arbitrator. If related third parties or we demand arbitration, you must notify us within twenty (20) days in writing by certified mail return receipt requested of your decision to select an arbitration organization. If you fail to notify us, then we have the right to select an arbitration organization. Arbitration proceedings will be governed by the rules and procedures of the selected arbitration organization or arbitrator, except to the extent such rules and procedures contradict the terms of this Arbitration Agreement, including the limitations on the arbitrator below. You may obtain a copy of the rules and procedures of the AAA and JAMS by contacting them at the contact information listed above.

4. Regardless of who demands arbitration, unless you request otherwise we will advance your portion of the arbitration expenses, including the filing, administrative, hearing, and arbitrator's fees ("Arbitration Fees"). Throughout the arbitration, each party shall bear his or her own attorneys' fees and expenses, such as witness and expert witness fees. The arbitrator shall apply applicable substantive law consistent with the FAA, and applicable statutes of limitation, and shall honor claims of privilege recognized at law. The arbitrator may award any relief available under applicable law, subject to the limitations set forth in this Arbitration Agreement. The arbitration hearing will be conducted in the county of your residence. The arbitrator may decide, with or without a hearing, any motion that is substantially similar to a motion to dismiss for failure to state a claim or a motion for summary judgment. If the arbitrator renders a decision or an award in your favor resolving the dispute, then you will not be responsible for reimbursing us for your portion of the Arbitration Fees, and we will reimburse you for any Arbitration Fees you have previously paid. If the arbitrator does not render a decision or an award in your favor resolving the dispute, then the arbitrator shall require you to reimburse us for the Arbitration Fees we have advanced, not to exceed the amount which would have been assessed as court costs if the dispute had been resolved by a state court with jurisdiction, less any Arbitration Fees you have previously paid. At the timely request of any party, the arbitrator shall provide a written explanation for the award. The arbitrator's award

may be filed with any court having jurisdiction.

5. The arbitrator may award you reasonable attorneys' fees and expenses if you substantially prevail in arbitration and applicable law does not prohibit such an award. If we or related third parties substantially prevail in arbitration, the arbitrator may not award us or related third parties reasonable attorneys' fees and expenses unless the arbitrator also finds that you asserted frivolous or fraudulent claims or allegations.

6. **PRE-ARBITRATION SETTLEMENT OFFER AND MINIMUM RECOVERY.** If you make a written request for a pre-arbitration settlement offer from us in the manner described below and the arbitrator awards you damages in an amount greater than our last pre-arbitration settlement offer, we will be liable to you for the greater of $5,000 or the arbitrator's damages award, exclusive of any other relief the arbitrator may award you, including reasonable attorneys' fees and expenses. For purposes of this Paragraph only, if you properly request a pre-arbitration settlement offer from us and we do not make one, the Parties shall treat our last pre-arbitration settlement offer as being for zero dollars. Any request for a pre-arbitration settlement offer must be made in writing and submitted to the below listed address:

> Wakpamni Lake Community Corporation
> c/o Seaside Payday
> P.O. Box 6048
> Pine Ridge, SD 57770
> Phone: 8667353525
> Fax: 8667356855

To be valid, a request must include your name, address, account number, or social security number, the date of your Loan Agreement, and a clear and accurate description of your claims and any supporting facts. We shall have fourteen days to respond to your request, unless we and you otherwise agree in writing. Although we are entitled to make more than one pre-arbitration settlement offer, if we choose not to make more than one offer, our first offer shall be considered our last offer for purposes of this Paragraph regardless of whether you make additional requests. The Minimum Recovery provision of this Paragraph shall only apply to a damages award you obtain based on the same or materially similar claims and supporting facts as those set forth in your request for a pre-arbitration settlement offer.

7. All parties, including related third parties, shall retain the right to seek adjudication in a small claims tribunal in the county of your residence for disputes within the scope of such tribunal's jurisdiction. Any dispute, which cannot be adjudicated within the jurisdiction of a small claims tribunal, shall be resolved by binding arbitration. Any appeal of a judgment from a small claims tribunal shall be resolved by binding arbitration.

8. This Arbitration Agreement is made pursuant to a transaction involving interstate commerce and shall be governed by the FAA. If a final non-appealable judgment of a court having jurisdiction over this transaction finds, for any reason, that the FAA does not apply to this transaction, then our agreement to arbitrate shall be governed by the arbitration law of the Tribe.

9. This Arbitration Agreement is binding upon and benefits you, your respective heirs, successors, and assigns. This Arbitration Agreement is binding upon and benefits us, our successors and assigns, and related third parties. This Arbitration Agreement continues in full force and effect, even if your obligations have been paid or discharged through bankruptcy. This Arbitration Agreement survives any cancellation, termination, amendment, expiration, or performance of any transaction between you and us and continues in full force and effect unless you and we otherwise agree in writing. If any part of this Arbitration Agreement is held invalid, the remainder, including the Class Action Waiver, shall remain in effect.

10. **OPT-OUT PROCESS.** You may choose to opt out of the Arbitration Agreement, but only by following the process set-forth below. If you do not wish to be subject to this Arbitration Agreement, then you must notify us in writing within sixty (60) calendar days of the date of this Arbitration Agreement at the following address:

> Wakpamni Lake Community Corporation
> c/o Seaside Payday
> P.O. Box 6048
> Pine Ridge, SD 57770

Your written notice must include your name, address, account number or social security number, the date of this Arbitration Agreement, and a statement that you wish to opt out of this Arbitration Agreement. If you choose to opt out, then your choice will apply only to your Loan Agreement and will not apply to any other contracts, agreements, or other claims between you and us and any related third parties.

SIGNATURE: Jacinta Elder                                            DATE: July 1, 2013

By electronically signing this Agreement and marking the "I AGREE" box below, you certify that the information given in connection with this Agreement is true and correct. You authorize us to verify the information given in connection with this Agreement, and you give us consent to obtain information about you from a consumer reporting agency or other sources. **You acknowledge, represent and warrant that: (a) you have read, understand, and agree to all of the terms and conditions of this Agreement, including the Arbitration Agreement and the waivers contained in the Arbitration Agreement of any rights to a jury trial and any rights to participate in class proceedings, (b) this Agreement contains all of the terms of the agreement between you and us and that no representations or promises other than those contained in this Agreement have been made, (c) you specifically authorize withdrawals and deposits to and from your Bank Account as described in this Agreement, if you have elected to repay this loan via ACH debits to your Bank Account (as set forth below) [TBD], (d) you are not a debtor under any proceeding in Bankruptcy and have no intention to file a petition for relief under any chapter of the United States Bankruptcy Code, (e) this Agreement was filled in before you signed it, (f) you have received a copy of our privacy policy, and (g) you have the ability to print or retain a completed copy of this Agreement. You further acknowledge that we may withhold funding of your loan until we ensure all the information you gave us on your application is true and we decide whether you meet our requirements to receive the Loan.**

⊙ **I AGREE to all of the terms and conditions set forth above.**
SIGNATURE: Jacinta Elder                                                        DATE: July 1, 2013

**PLEASE MAKE YOUR SELECTION**

⊙ **ELECTRONIC (as soon as the next business day):** By checking here, you authorize us to effect ACH debit and credit entries for this loan. You also agree to all of the terms in the separate ACH Authorization. The ACH Authorization may be used by Seaside Payday, its assigns, employees or agents.

○ **POSTAL MAIL:** By checking here, you request Loan proceeds be distributed to you by check and delivered by regular mail to the address listed on this loan agreement. If you elect to receive your proceeds by mail, you must also make your payments (via money order or certified check) by mail. You should allow sufficient time (at least 7 calendar days) for delivery of the Loan proceeds. Note also that interest begins accruing on the date we issue the check for the Loan proceeds (which is typically no less than one day after your execution of this Agreement).

# E-CHECK/ACH AUTHORIZATION

**READ VERY CAREFULLY BEFORE SIGNING. PLEASE REFER TO THE TERMS OF THE ACH AUTHORIZATION OR LOAN AGREEMENT TO DETERMINE OTHER REPAYMENT OPTIONS.**

**YOU ARE NOT REQUIRED TO PROVIDE THIS AUTHORIZATION TO OBTAIN A LOAN.**

* * *

**ACH AUTHORIZATION:** You hereby voluntarily authorize us, and our successors and assigns, to initiate an Automated Clearing House ("ACH") credit and/or debit entry to Your Bank Account as described below:

"YOUR BANK ACCOUNT" INFO:

Name: Jacinta Elder

Address: 4701 Willard Ave

City, State Zip: Chevy Chase, MD 20815

Phone: [redacted]

Bank Name: PNCBANK, NA

Transit ABA Number: [redacted]

Checking Account Number: [redacted]

Amount: $500.00

Payment Due Date: July 19, 2013

This ACH Authorization is a part of and relates to the Loan Agreement set forth above ("Loan Agreement"). Unless otherwise defined in this ACH Authorization, capitalized terms used herein shall have the meanings assigned to such terms in the Loan Agreement. The words "you", "your" and "I" mean the borrower who has electronically signed it. The words "we", "us" and "our" mean Seaside Payday ("Lender"), a licensed lender of consumer loans regulated by the laws of Wakpamni Lake Community Corporation, a sovereign nation Tribal entity operating within the boundaries of the Tribe's Reservatrion. You hereby voluntarily authorize us, and our successors and assigns, to initiate automatic ACH credit and debit entries to Your Bank Account in accordance with the Loan Agreement. You agree that we will initiate an ACH credit entry to Your Bank Account for the Amount Financed on or about the Disbursement Date of your Loan proceeds.

You also authorize us to initiate an ACH debit entry to Your Bank Account:

(a) each payment due on its Payment Due Date, as set forth in the Payment Schedule, as described in the Loan Agreement; and

(b) for any accrued fees as described in the Loan Agreement.

You agree that we may re-initiate a debit entry for the same amount two additional times if the ACH debit entry is dishonored or payment is returned for any reason. This ACH Authorization is to remain in full force and effect for this transaction until your indebtedness to us for the Total of Payments, plus any other charges or fees incurred and described in the Loan Agreement, is fully satisfied. You may only revoke the above ACH Authorization by contacting us directly as described below. If you revoke your ACH Authorization, you agree to provide us with another form of payment acceptable to us and you authorize us to prepare and submit one or more checks drawn on Your Bank Account so long as amounts are owed to us under the Loan Agreement. In no event shall any revocation affect prior payments made to us pursuant to this Authorization, constitute an event of default under the Loan Agreement.

If a payment is returned unpaid, you authorize us to make a one-time electronic fund transfer from Your Bank Account to collect a fee of $30. You voluntarily authorize us, and our successor and assigns, to initiate a debit entry to Your Bank Account for payment of this fee. You further authorize us to initiate debit entries as necessary to recoup the outstanding loan balance whenever an ACH transaction is returned to us for any reason. You acknowledge that the account on which your ACH Authorization is drawn is a legitimate, open and active account.

If any Payment Due Date is not a business day, the debit authorized by this ACH Authorization will occur on the next following business day.

You authorize us to verify all of the information that you have provided, including past and/or current information. You agree that the ACH Authorization herein is for repayment of loan and that these entries will appear as described in Loan Agreement. If there is any missing or erroneous information in this ACH Authorization regarding your bank, bank routing and transit number, or account number, then you authorize us to verify and correct such information.

If your payment is returned to us by your financial institution due to insufficient funds or a closed account, you agree that we may recover court costs and reasonable attorney's fees incurred by us.

*Right to stop payment and procedure for doing so.* If you have told us in advance to make regular payments out of your account, you can stop any of these payments. Here's how:

Call us at 8667353525, or write us at Support@seasidepayday.com, in time for us to receive your request 3 business days or more before the payment is scheduled to be made. If you call, we may also require you to put your request in writing and get it to us within 14 days after you call.

*Notice of varying amounts.* We will provide 10 days' prior notice to you before we debit your bank account if the payment due is greater than your payment due on any Payment Due Date plus any applicable fees and charges (as determined pursuant to the Loan Agreement).

*Liability for failure to stop payment of preauthorized transfer.* If you order us to stop one of these payments 3 business days or more before the transfer is scheduled, and we do not do so, we will be liable for your losses or damages.

**I AGREE**

This ACH AUTHORIZATION is received and executed on July 1, 2013

Signature: Jacinta Elder