**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division**

| | |
|---|---|
| JACINTA ELDER, | |
| Plaintiff, | |
| v. | Civil Action No. 8:17-cv-01807-TDC |
| RYAN SULLIVAN, ASHLEY BLAKE COLLINS, RAYCEN RAINES, GENEVA LONE HILL, and WAKPAMNI LAKE COMMUNITY CORPORATION, | |
| Defendants. | |

## CERTIFICATE OF SERVICE

Pursuant to Local Rule 102.1.C, I hereby certify that counsel for Plaintiff has served her previously filed Motion for Extension of Time to Complete Service (Dkt. 4) and this Certificate of Service on Defendants as required by Fed. R. Civ. P. 5(a) by placing copies in a sealed envelope with fully pre-paid postage in the United States Mail addressed as set forth below:

Wakpamni Lake Community Corporation
One Wakpamni Lake Housing
Batesland, SD 57716

Geneva Lone Hill
One Wakpamni Lake Housing
Batesland, SD 57716

Raycen Raines
One Wakpamni Lake Housing
Batesland, SD 57716

Ryan Sullivan
2310 W. 75th St,
Prairie Village, KS 66208

Ashley Blake Collins
3586 E. Latham Way
Gilbert, AZ 85297

Dated: September 29, 2017            Respectfully submitted,

**JACINTA ELDER**

By:   */s/*  Hassan Zavareei
Hassan Zavareei (No. 18489)
Jeffrey Kaliel (*pro hac vice* pending)
Andrew Silver (*pro hac vice* pending)
TYCKO & ZAVAREEI LLP
1828 L Street, N.W., Suite 1000
Washington, D.C. 20036
P: (202) 973-0900
F: (202) 973-0950
hzavareei@tzlegal.com
jkaliel@tzlegal.com
asilver@tzlegal.com

*Counsel for Plaintiff*