UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| JACINTA ELDER,<br><br>    Plaintiff,<br><br>    v.<br><br>RYAN SULLIVAN,<br>ASHLEY BLAKE COLLINS,<br>RAYCEN RAINES,<br>GENEVA LONE HILL, and<br>WAKPAMNI LAKE COMMUNITY<br>CORPORATION,<br><br>    Defendants. | Civil Action No. TDC-17-1807 |

## ORDER

Having reviewed Jacinta Elder's Motion for Extension of Time to Complete Service of Process, ECF No. 4, it is hereby ORDERED that:

The Motion is GRANTED. Elder will have until October 30, 2017 to serve Defendants Ashley Blake Collins, Raycen Raines, Geneva Lone Hill, Wakpamni Lake Community Corporation.

Date: October 17, 2017



THEODORE D. CHUANG
United States District Judge