AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Maryland

| | | |
|---|---|---|
| Jacinta Elder | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. TDC 17-cv-1807 |
| RYAN SULLIVAN, ASHLEY BLAKE COLLINS, RAYCEN RAINES, GENEVA LONE HILL, and WAKPAMNI LAKE COMMUNITY CORPORATION, | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Raycen Raines
One Wakpamni Lake Housing
Batesland, SD 57716

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Hassan A. Zavareei
Tycko & Zavareei LLP
1828 L Street, N.W., Suite 1000
Washington, DC 20036

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: July 6, 2017

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Raycen Raines

was received by me on *(date)*  September 26, 2017

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,

on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____

on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*:
Pursuant to Fed. R. Civ. P. 4(e)(1) and Md. Court Rule 2-121(a)(3), I caused a copy of the summons and complaint to be sent to Defendant via "certified mail—restricted delivery" on September 26, 2017. The signatory of the attached return receipt did not provide the date on which the item was delivered, but the postmark on the receipt is dated October 2, 2017, indicating that delivery occurred on or before that date.

My fees are $ 0 for travel and $ 0 for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date: October 24, 2016

*Server's signature*

Nathan Laporte, Paralegal
*Printed name and title*

1828 L St. NW, Suite 1000, Washington, DC 20036
*Server's address*

Additional information regarding attempted service, etc:

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Geneva Lonehill_   ☐ Agent   ☐ Addressee<br>B. Received by (Printed Name): Geneva Lonehill   C. Date of Delivery |
| 1. Article Addressed to:<br><br>Raycen Raines<br>One Wakpamni Lake<br>Housing<br>Batesland, SD 57716<br><br>‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>9590 9402 2722 6351 5093 98 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| 2. Article Number (Transfer from service label)<br>7016 3560 0000 3296 3685 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☐ Certified Mail®<br>☒ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>☐ Insured Mail Restricted Delivery (over $500)<br><br>☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☐ Return Receipt for Merchandise<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |

PS Form 3811, July 2015 PSN 7530-02-000-9053   Domestic Return Receipt