IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division

| | |
|---|---|
| JACINTA ELDER,<br><br>Plaintiff,<br><br>v.<br><br>RYAN SULLIVAN, ASHLEY BLAKE COLLINS, RAYCEN RAINES, GENEVA LONE HILL, and WAKPAMNI LAKE COMMUNITY CORPORATION,<br><br>Defendants. | Civil Action No. 8:17-cv-01807-TDC |

## NOTICE OF REQUEST TO WAIVE SERVICE

TO THE CLERK OF THE COURT: Pursuant to Local Rule 103.2.C, I hereby give notice that Plaintiff's counsel has invoked the waiver of service of summons procedure under Fed. R. Civ. P. 4(d) by sending the Complaint, a waiver form, and a notice and request to waive service of summons to Defendant Ryan Sullivan.

Dated: October 25, 2017

Respectfully submitted,

**JACINTA ELDER**

By: /s/ Hassan Zavareei
Hassan Zavareei (No. 18489)
Jeffrey Kaliel (*pro hac vice* pending)
Andrew Silver (*pro hac vice* pending)
TYCKO & ZAVAREEI LLP
1828 L Street, N.W., Suite 1000
Washington, D.C. 20036
P: (202) 973-0900
F: (202) 973-0950
hzavareei@tzlegal.com
jkaliel@tzlegal.com
asilver@tzlegal.com

*Counsel for Plaintiff*