IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

| | |
|---|---|
| JACINTA ELDER, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> RYAN SULLIVAN, ASHLEY BLAKE COLLINS, ) <br> RAYCEN RAINES, GENEVA LONE HILL, and ) <br> WAKPAMNI LAKE COMMUNITY ) <br> CORPORATION, ) <br> ) <br> Defendants. ) | Civil Action No. 8:17-cv-01807-TDC |

**DEFENDANT RYAN SULLIVAN'S UNCONTESTED MOTION TO EXTEND DEADLINE TO ANSWER OR OTHERWISE RESPOND**

COMES NOW Defendant Ryan Sullivan ("Sullivan"), by and through his undersigned counsel, and respectfully moves this Court for an order extending his deadline to answer or otherwise respond to the complaint in the above-captioned action thirty (30) days, to December 27, 2017. As grounds for this motion, Sullivan states as follows:

1. On September 28, 2017, Sullivan agreed to voluntarily waive service of process of the complaint in this action pursuant to Fed. R. Civ. P. 4(d). Sullivan's deadline to answer or otherwise respond to the complaint became November 27, 2017, pursuant to Fed. R. Civ. P. 4(d)(3).

2. After reviewing the allegations of the complaint, Sullivan intended to file a motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(2) and 12(b)(6). In compliance with Section II(A)(2) of the Court's Case Management Order in this action (Doc. No. 2), Sullivan prepared a pre-motion letter setting forth the grounds for that motion and on November 27, 2017, Sullivan's counsel held a meet-and-confer call with counsel for Plaintiff Jacinta Elder ("Elder").

3. During that meet-and-confer call, counsel for Sullivan and Elder discussed the issues to be raised in Sullivan's pre-motion letter and potential resolution of the issues presented. The parties believe that continued discussion may narrow or resolve the issues in the action, but that such resolution cannot come by the November 27, 2017 deadline. Therefore, counsel for Sullivan and Elder agreed that it would promote judicial efficiency to seek a thirty (30) day extension of Sullivan's deadline to answer or otherwise respond to the complaint.

4. This is the first requested extension of the affected deadline.

5. Due to the early stage of this litigation, the requested extension will not disrupt any other scheduled deadlines.

6. For the reasons discussed above, counsel for Plaintiff Elder has consented to the requested extension.

7. Sullivan makes this request for an extension specifically reserving and without waiving any objections to the exercise of personal jurisdiction over him by this Court. Although Sullivan believes all parties request this extension in good faith, should the parties fail to resolve the disputes presented, Sullivan will seek the Court's leave to file a motion to dismiss for lack of personal jurisdiction pursuant to Fed. R. Civ. P. 12(b)(2).

WHEREFORE, for the foregoing reasons, Defendant Ryan Sullivan respectfully requests an Order extending his deadline to answer or otherwise respond to the complaint in this action by thirty (30) days, to December 27, 2017.

/s/ Paula M. Junghans
Paula M. Junghans
Trial Bar. No. 586
Zuckerman Spaeder LLP
1800 M Street, NW, Suite 1000
Washington, D.C. 20036-5807
(202) 788-1800
(202) 882-8106 (facsimile)
pjunghans@zuckerman.com

Patrick A. McInerney (*pro hac vice* to be filed)
Angus W. Dwyer (*pro hac vice* to be filed)
SPENCER FANE LLP
1000 Walnut Street, Suite 1400
Kansas City, MO 64105
(816) 474-8100
(816) 474-3216 (facsimile)
pmcinerney@spencerfane.com
adwyer@spencerfane.com

*Attorneys for Defendant Ryan Sullivan*

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 27th day of November, 2017, a true copy of the foregoing was filed electronically with the Court's ECF system, which transmitted copies of the foregoing to all counsel of record and all unrepresented parties.

/s/ Paula M. Junghans

6250783.1