UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

JACINTA ELDER,

    Plaintiff,

v.

RYAN SULLIVAN,
ASHLEY BLAKE COLLINS,
RAYCEN RAINES,
GENEVA LONE HILL, and
WAKPAMNI LAKE COMMUNITY
CORPORATION,

    Defendants.

Civil Action No. TDC-17-1807

## ORDER

Having reviewed Defendant Ryan Sullivan's Uncontested Motion to Extend Deadline to Answer or Otherwise Respond, ECF No. 10, it is hereby ORDERED that:

The Motion is GRANTED. Sullivan will have until December 27, 2017 to respond to the Complaint.

Date: November 29, 2017



THEODORE D. CHUANG
United States District Judge