**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

Jacinta Elder *
**Plaintiff,**
*
v. Case No. TDC-17-1807
*
Ryan Sullivan, et al.
**Defendant.** *

**MOTION FOR ADMISSION PRO HAC VICE**

I, Paula M. Junghans, am a member in good standing of the bar of this Court. I am moving the admission of Angus W. Dwyer to appear pro hac vice in this case as counsel for Defendant Ryan Sullivan.

We certify that:

1. The proposed admittee is not a member of the Maryland bar and does not maintain any law office in Maryland

2. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| State Court & Date of Admission | U.S. Court & Date of Admission |
|---|---|
| See attached document. | |
| | |
| | |
| | |

3. During the twelve months immediately preceding this motion, the proposed admittee has been admitted pro hac vice in this Court 0 times.

4. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts.)

5. The proposed admittee is familiar with the Maryland Lawyers' Rules of Professional Conduct, the Federal Rules of Civil Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure, and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

6. The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

7. Either the undersigned movant or ______________________________, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

8. **The $100.00 fee for admission pro hac vice accompanies this motion.**

9. We hereby certify under penalties of perjury that the foregoing statements are true and correct.

MOVANT

Signature

Paula M. Junghans
Printed name and bar number

Zuckerman Spaeder
Office name

1800 M. Street, NW, Suite 1000, Washington, DC 20036
Address

pjunghans@zuckerman.com
Email Address

202-778-1850
Telephone number

410-659-0436
Fax Number

PROPOSED ADMITTEE

Signature

Angus W. Dwyer
Printed name and bar number

Spencer Fane LLP
Office name

1000 Walnut, Suite 1400, Kansas City, MO 64106
Address

adwyer@spencerfane.com
Email Address

816-474-8100
Telephone number

816-474-3216
Fax Number