IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

| | |
|---|---|
| JACINTA ELDER;<br><br>Plaintiff;<br><br>v.<br><br>RYAN SULLIVAN, ASHLEY BLAKE COLLINS RAYCEN RAINES, GENEVA LONE HILL, and WAKPAMNI LAKE COMMUNITY CORPORATION;<br><br>Defendants. | Civil Action File No. 8:17-cv-01806-TDC |

## STATE/U.S. COURT & DATE OF ADMISSION

Jurisdiction: State of New York
Date admitted: 03/26/2007
Still admitted: Yes
Bar/Registration No.: 4495081

Jurisdiction: Southern District of New York
Date admitted: 07/15/2008
Still admitted: Yes
Bar/Registration No.: 4495081

Jurisdiction: Eastern District of New York
Date admitted: 07/16/2008
Still admitted: Yes
Bar/Registration No.: 4495081

Jurisdiction: Western District of New York
Date admitted: 11/07/2011
Still admitted: Yes
Bar/Registration No.: 4495081

Jurisdiction: Northern District of New York
Date admitted: 07/02/2010
Still admitted: Yes
Bar/Registration No.: 516376

Jurisdiction: Eastern District of Wisconsin
Date admitted: 12/10/2010
Still admitted: Yes

Bar/Registration No.: 4495081

Jurisdiction: Second Circuit Court of Appeals
Date admitted: 01/15/2015
Still admitted: Yes
Bar/Registration No.: 66443

Jurisdiction: State of Missouri
Date admitted: 11/22/2013
Still admitted: Yes
Bar/Registration No.: 66443

Jurisdiction: State of Kansas
Date admitted: 12/02/2015
Still admitted: Yes
Bar/Registration No.: 26995

Jurisdiction: Western District of Missouri
Date admitted: 02/07/2014
Still admitted: Yes
Bar/Registration No.: 66443

Jurisdiction: US District of Kansas
Date admitted: 11/13/2014
Still admitted: Yes
Bar/Registration No.: 26995

Jurisdiction: US District of Colorado
Date admitted: 09/22/2017
Still admitted: Yes
Bar/Registration No.: N/A

Jurisdiction: Tenth Circuit Court of Appeals
Date admitted: 08/14/2015
Still admitted: Yes
Bar/Registration No.: N/A