UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

JACINTA ELDER,

    Plaintiff,

v.

RYAN SULLIVAN,
ASHLEY BLAKE COLLINS,
RAYCEN RAINES,
GENEVA LONE HILL, and
WAKPAMNI LAKE COMMUNITY
CORPORATION,

    Defendants.

Civil Action No. TDC-17-1807

## ORDER

For the reasons stated during the January 24, 2018 Case Management Conference, it is hereby ORDERED that:

Defendant Ryan Sullivan is granted leave to file the proposed Motion to Dismiss. The Motion will be deemed timely if filed by **February 21, 2018**. Plaintiff's Opposition to the Motion is due by **March 7, 2018**. Sullivan's Reply is due by **March 21, 2018**.

It appearing that all other Defendants have failed to respond to service of the Complaint, Plaintiff may move for Clerk's Entry of Default as to those Defendants. *See* Fed. R. Civ. P. 12, 55. In light of representations made by counsel during the Case Management Conference, any post-service correspondence received from Defendants who have not made an entrance in this case should accompany the Motion to the extent that such correspondence appears to be directed to the Court.

Date: January **30**, 2018

THEODORE D. CHUANG
United States District Judge