IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division

| JACINTA ELDER, | |
|---|---|
| Plaintiff, | |
| v. | Civil Action No. 8:17-cv-01807-TDC |
| RYAN SULLIVAN, ASHLEY BLAKE COLLINS, RAYCEN RAINES, GENEVA LONE HILL, and WAKPAMNI LAKE COMMUNITY CORPORATION, | |
| Defendants. | |

## JOINT MOTION FOR EXTENSION OF BRIEFING DEADLINES

Plaintiff Jacinta Elder ("Plaintiff") and Defendant Ryan Sullivan ("Sullivan") respectfully move this Court for an order extending the briefing schedule for Sullivan's proposed Motion to Dismiss, as set by this Court's Order of January 30, 2018 (Doc. No. 21), by twenty-one (21) days as follows:

| Document | Current Deadline | Requested Deadline |
|---|---|---|
| Defendant Sullivan's Motion to Dismiss | February 21, 2018. | March 14, 2018. |
| Plaintiff's Opposition | March 7, 2018. | March 28, 2018. |
| Defendant Sullivan's Reply | March 21, 2018. | April 11, 2018 |

In support of their motion, the parties jointly state that the proposed extension is not intended to delay litigation or for any other improper purpose. Instead, it is requested to avoid potentially unnecessary briefing and to preserve judicial resources. The parties are currently engaged in settlement discussions, as part of which Defendant Sullivan has agreed to produce certain documents. The time required for provision and review of these documents necessitates a pause in negotiations, and an extension will avoid engaging the Court's resources in motions practice that may be rendered moot by any eventual settlement.

WHEREFORE, for the foregoing reasons, Plaintiff Jacinta Elder and Defendant Ryan Sullivan respectfully request that the Court enter an Order setting the following deadlines: Sullivan's Motion to Dismiss will be deemed timely if filed by **March 14, 2018.** Plaintiff's Opposition to the Motion is due by **March 28, 2018.** Sullivan's Reply is due by **April 11, 2018.**

Dated: February 20, 2018

**RYAN SULLIVAN**

By:__/s/ Patrick A McInerney____
Patrick A McInerney
Angus W Dwyer
SPENCER FANE LLP
1000 Walnut Ste. 1400
Kansas City, MO 64106
816-474-8100
Fax: 816-474-3216
adwyer@spencerfane.com
pmcinerney@spencerfane.com

Paula M Junghans
ZUCKERMAN SPAEDER LLP
1800 M St NW
Suite 1000
Washington, DC 20036
1-202-778-1850
Fax: 1-202-822-8106
pjunghans@zuckerman.com

*Counsel for Defendant Ryan Sullivan*

Respectfully submitted,

**JACINTA ELDER**

By:__/s/ Anna C. Haac_____
Hassan Zavareei (No. 18489)
Anna Haac (No. 28383)
TYCKO & ZAVAREEI LLP
1828 L Street, N.W., Suite 1000
Washington, D.C. 20036
P: (202) 973-0900
F: (202) 973-0950
hzavareei@tzlegal.com
ahaac@tzlegal.com

*Counsel for Plaintiff*