UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| JACINTA ELDER,<br><br>    Plaintiff,<br><br>    v.<br><br>RYAN SULLIVAN,<br>ASHLEY BLAKE COLLINS,<br>RAYCEN RAINES,<br>GENEVA LONE HILL, and<br>WAKPAMNI LAKE COMMUNITY<br>CORPORATION,<br><br>    Defendants. | Civil Action No. TDC-17-1807 |

**ORDER**

The Court having reviewed the Consent Motion for Extension of Briefing Deadlines, ECF No. 22, and good cause having been shown, it is hereby ORDERED that the Motion is GRANTED. Defendant Ryan Sullivan's Motion to Dismiss will be deemed timely if filed by **March 14, 2018**. Plaintiff's Opposition to the Motion is due by **March 28, 2018**. Sullivan's Reply is due by **April 11, 2018**.

Date: February 21, 2018

THEODORE D. CHUANG
United States District Judge