## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### Greenbelt Division

JACINTA ELDER,

       Plaintiff,

v.                Civil Action No. 8:17-cv-01807-TDC

RYAN SULLIVAN, ASHLEY BLAKE COLLINS,
RAYCEN RAINES, GENEVA LONE HILL, and
WAKPAMNI LAKE COMMUNITY
CORPORATION,

       Defendants.

### SECOND JOINT MOTION FOR EXTENSION OF BRIEFING DEADLINES

   Plaintiff Jacinta Elder ("Plaintiff") and Defendant Ryan Sullivan ("Sullivan") respectfully move this Court for an order extending the briefing schedule for Sullivan's proposed Motion to Dismiss, as set by this Court's Order of January 30, 2018 (Doc. No. 21), and amended by this Court's Order of February 22, 2018 (Doc. No. 23), by thirty (30) days as follows:

| Document | Current Deadline | Requested Deadline |
|---|---|---|
| Defendant Sullivan's Motion to Dismiss | March 14, 2018 | April 13, 2018 |
| Plaintiff's Opposition | March 28, 2018 | April 27, 2018 |
| Defendant Sullivan's Reply | April 11, 2018 | May 11, 2018 |

   In support of their motion, the parties jointly state that the proposed extension is not intended to delay litigation or for any other improper purpose. Instead, it is requested to avoid potentially unnecessary briefing and to preserve judicial resources. The parties are currently engaged in settlement discussions. Defendant Sullivan has already produced certain requested documents as part of those discussions. Plaintiff has submitted a list of additional documents and information that it would like from Defendant Sullivan as part of those ongoing negotiations. Defendant Sullivan is reviewing that list and anticipates providing a response in the near future.

The time required for the gathering, provision and review of additional documents and information necessitates a pause in negotiations, and an extension will avoid engaging the Court's resources in motions practice that may be rendered moot by any eventual settlement. The parties do not anticipate that they will request any additional extensions of these deadlines.

WHEREFORE, for the foregoing reasons, Plaintiff Jacinta Elder and Defendant Ryan Sullivan respectfully request that the Court enter an Order setting the following deadlines: Sullivan's Motion to Dismiss will be deemed timely if filed by **April 13, 2018.** Plaintiff's Opposition to the Motion is due by **April 27, 2018.** Sullivan's Reply is due by **May 11, 2018.**

Dated: March 14, 2018                           Respectfully submitted,

**RYAN SULLIVAN**                              **JACINTA ELDER**

By: _/s/ Patrick A McInerney_____            By:_/s/ Anna C. Haac_____
Patrick A McInerney                            Hassan Zavareei (No. 18489)
Angus W Dwyer                                  Anna Haac (No. 28383)
SPENCER FANE LLP                               TYCKO & ZAVAREEI LLP
1000 Walnut Ste. 1400                          1828 L Street, N.W., Suite 1000
Kansas City, MO 64106                          Washington, D.C. 20036
816-474-8100                                   P: (202) 973-0900
Fax: 816-474-3216                              F: (202) 973-0950
adwyer@spencerfane.com                         hzavareei@tzlegal.com
pmcinerney@spencerfane.com                     ahaac@tzlegal.com

Paula M Junghans                               *Counsel for Plaintiff*
ZUCKERMAN SPAEDER LLP
1800 M St NW
Suite 1000
Washington, DC 20036
1-202-778-1850
Fax: 1-202-822-8106
pjunghans@zuckerman.com

*Counsel for Defendant Ryan Sullivan*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 14th day of March, 2018, a true copy of the foregoing was filed electronically with the Court's ECF system, which transmitted copies of the foregoing to all counsel of record and all unrepresented parties.

/s/ Angus W. Dwyer
An Attorney for Defendant Ryan Sullivan
