IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division

| | |
|---|---|
| JACINTA ELDER,<br><br>        Plaintiff,<br><br>v.<br><br>RYAN SULLIVAN, ASHLEY BLAKE COLLINS, RAYCEN RAINES, GENEVA LONE HILL, and WAKPAMNI LAKE COMMUNITY CORPORATION,<br><br>        Defendants. | Civil Action No. 8:17-cv-01807-TDC |

**THIRD JOINT MOTION FOR EXTENSION OF BRIEFING DEADLINES**

Plaintiff Jacinta Elder ("Plaintiff") and Defendant Ryan Sullivan ("Sullivan") respectfully move this Court for an order extending the briefing schedule for Sullivan's proposed Motion to Dismiss, as set by this Court's Order of January 30, 2018 (Doc. No. 21), and amended by this Court's Order of February 22, 2018 (Doc. No. 23) and by this Court's Order of March 26, 2018 (Doc. No. 25), by fourteen (14) days as follows:

| Document | Current Deadline | Requested Deadline |
|---|---|---|
| Defendant Sullivan's Motion to Dismiss | April 13, 2018 | April 27, 2018 |
| Plaintiff's Opposition | April 27, 2018 | May 11, 2018 |
| Defendant Sullivan's Reply | May 11, 2018 | May 25, 2018 |

In support of their motion, the parties jointly state that the proposed extension is not intended to delay litigation or for any other improper purpose. Instead, it is requested to avoid potentially unnecessary briefing and to preserve judicial resources. The parties have spent the period since the Court's last extension engaging in further settlement discussions. The parties believe that a two-week extension will be sufficient time to either reach an agreement in

principle on settlement terms or to make evident that there is not presently a genuine possibility of settlement and that the parties should proceed to litigate Sullivan's motion to dismiss.

WHEREFORE, for the foregoing reasons, Plaintiff Jacinta Elder and Defendant Ryan Sullivan respectfully request that the Court enter an Order setting the following deadlines: Sullivan's Motion to Dismiss will be deemed timely if filed by **April 27, 2018.** Plaintiff's Opposition to the Motion is due by **May 11, 2018.** Sullivan's Reply is due by **May 25, 2018.**

Dated: April 13, 2018                Respectfully submitted,

**RYAN SULLIVAN**                    **JACINTA ELDER**

By:  */s/* Patrick A McInerney       By:  */s/* Anna C. Haac
Patrick A McInerney                  Hassan Zavareei (No. 18489)
Angus W Dwyer                        Anna Haac (No. 28383)
SPENCER FANE LLP                     TYCKO & ZAVAREEI LLP
1000 Walnut Ste. 1400                1828 L Street, N.W., Suite 1000
Kansas City, MO 64106                Washington, D.C. 20036
816-474-8100                         P: (202) 973-0900
Fax: 816-474-3216                    F: (202) 973-0950
adwyer@spencerfane.com               hzavareei@tzlegal.com
pmcinerney@spencerfane.com           ahaac@tzlegal.com

Paula M Junghans                     *Counsel for Plaintiff*
ZUCKERMAN SPAEDER LLP
1800 M St NW
Suite 1000
Washington, DC 20036
1-202-778-1850
Fax: 1-202-822-8106
pjunghans@zuckerman.com

*Counsel for Defendant Ryan Sullivan*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 13th day of April, 2018, a true copy of the foregoing was filed electronically with the Court's ECF system, which transmitted copies of the foregoing to all counsel of record and all unrepresented parties.

/s/ Angus W. Dwyer
An Attorney for Defendant Ryan Sullivan