IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division

| | |
|---|---|
| JACINTA ELDER,<br><br>                              Plaintiff,<br><br>v.<br><br>RYAN SULLIVAN, ASHLEY BLAKE COLLINS, RAYCEN RAINES, GENEVA LONE HILL, and WAKPAMNI LAKE COMMUNITY CORPORATION,<br><br>                              Defendants. | Civil Action No. 8:17-cv-01807-TDC |

## **FOURTH JOINT MOTION FOR EXTENSION OF BRIEFING DEADLINES**

Plaintiff Jacinta Elder ("Plaintiff") and Defendant Ryan Sullivan ("Sullivan") respectfully move this Court for an order extending the briefing schedule for Sullivan's proposed Motion to Dismiss, as set by this Court's Order of January 30, 2018 (Doc. No. 21), and amended by this Court's Order of February 22, 2018 (Doc. No. 23), by this Court's Order of March 26, 2018 (Doc. No. 25), and by this Court's Order of April 25, 2018 (Doc. No. 26), by two (2) weeks as follows:

| Document | Current Deadline | Requested Deadline |
|---|---|---|
| Defendant Sullivan's Motion to Dismiss | April 27, 2018 | May 11, 2018 |
| Plaintiff's Opposition | May 11, 2018 | May 25, 2018 |
| Defendant Sullivan's Reply | May 25, 2018 | June 8, 2018 |

In support of their motion, the parties jointly state that they are close to finalizing an agreement to settle Plaintiff's claims against Sullivan. The proposed extension is thus not intended to delay litigation or for any other improper purpose. Instead, it is requested to allow the parties sufficient time to finalize the terms of the written settlement agreement. Once the parties finalize the terms of the settlement agreement, the parties anticipate requesting an

additional extension to afford the parties enough time to undertake certain steps, including the deposition of Sullivan, that must occur before Plaintiff dismisses her claims pursuant to the anticipated settlement.

WHEREFORE, for the foregoing reasons, Plaintiff Jacinta Elder and Defendant Ryan Sullivan respectfully request that the Court enter an Order setting the following deadlines: Sullivan's Motion to Dismiss will be deemed timely if filed by **May 11, 2018.** Plaintiff's Opposition to the Motion is due by **May 25, 2018.** Sullivan's Reply is due by **June 8, 2018.**

Dated: April 27, 2018                Respectfully submitted,

| **RYAN SULLIVAN** | **JACINTA ELDER** |
|---|---|
| By: __/s/ Patrick A McInerney____ <br> Patrick A McInerney <br> Angus W Dwyer <br> SPENCER FANE LLP <br> 1000 Walnut Ste. 1400 <br> Kansas City, MO 64106 <br> 816-474-8100 <br> Fax: 816-474-3216 <br> adwyer@spencerfane.com <br> pmcinerney@spencerfane.com | By: __/s/ Anna C. Haac_____ <br> Hassan Zavareei (No. 18489) <br> Anna Haac (No. 28383) <br> TYCKO & ZAVAREEI LLP <br> 1828 L Street, N.W., Suite 1000 <br> Washington, D.C. 20036 <br> P: (202) 973-0900 <br> F: (202) 973-0950 <br> hzavareei@tzlegal.com <br> ahaac@tzlegal.com |
| Paula M Junghans <br> ZUCKERMAN SPAEDER LLP <br> 1800 M St NW <br> Suite 1000 <br> Washington, DC 20036 <br> 1-202-778-1850 <br> Fax: 1-202-822-8106 <br> pjunghans@zuckerman.com | *Counsel for Plaintiff* |

*Counsel for Defendant Ryan Sullivan*

2

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 27th day of April, 2018, a true copy of the foregoing was filed electronically with the Court's ECF system, which transmitted copies of the foregoing to all counsel of record and all unrepresented parties.

/s/ Angus W. Dwyer
An Attorney for Defendant Ryan Sullivan
