UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

JACINTA ELDER,

    Plaintiff,

v.

RYAN SULLIVAN,
ASHLEY BLAKE COLLINS,
RAYCEN RAINES,
GENEVA LONE HILL, and
WAKPAMNI LAKE COMMUNITY
CORPORATION,

    Defendants.

Civil Action No. TDC-17-1807

## ORDER

Pending is the parties' Joint Motion for Extension of Time. ECF No. 28. This Motion is the fourth extension motion that the parties have filed regarding Defendant Sullivan's proposed Motion to Dismiss. *See* ECF Nos. 22, 24, & 26. In its April 25, 2018 Order, the Court stated that "[n]o further extensions will be granted absent exceptional circumstances." ECF No. 27. Having reviewed the pending Motion and finding that the parties failed to name exceptional circumstances to merit yet another extension, the Motion is DENIED.

Date: May __1__, 2018

THEODORE D. CHUANG
United States District Judge