IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

| | |
|---|---|
| JACINTA ELDER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No. 8:17-cv-01807-TDC |
| ) | |
| RYAN SULLIVAN, ASHLEY BLAKE ) | |
| COLLINS, RAYCEN RAINES, GENEVA ) | |
| LONE HILL, and WAKPAMNI LAKE ) | |
| COMMUNITY CORPORATION, ) | |
| ) | |
| Defendants. ) | |

**RYAN SULLIVAN'S MOTION TO STAY AND
COMPEL ARBITRATION OR, IN THE ALTERNATIVE, DISMISS**

Defendant Ryan Sullivan ("Sullivan"), by and through the undersigned counsel, respectfully moves this Court for an order staying this case and compelling arbitration pursuant to 9 U.S.C. § 2 *et seq.*, or, in the alternative, dismissing this action pursuant to Federal Rule of Civil Procedure 12(b)(6). The grounds for this motion are more fully set forth in the accompanying memorandum of law.

                                          Respectfully submitted,

                                          /s/ Patrick A. M<sup>c</sup>Inerney
                                          Patrick A. M<sup>c</sup>Inerney (*pro hac vice*)
                                          Angus W. Dwyer (*pro hac vice*)
                                          SPENCER FANE LLP
                                          1000 Walnut Street, Suite 1400
                                          Kansas City, Missouri 64105
                                          Tel: (816) 474-8100
                                          Fax: (816) 474-3216
                                          pmcinerney@spencerfane.com
                                          adwyer@spencerfane.com

        Paula M. Junghans (Trial Bar No. 586)
        ZUCKERMAN SPAEDER LLP
        1800 M Street, NW, Suite 1000
        Washington, D.C. 20036-5807
        Tel: (202) 788-1800
        Fax: (202) 882-8106
        pjunghans@zuckerman.com

*Counsel for Defendant Ryan Sullivan*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 1st day of May, 2018, a true and correct copy of the foregoing was filed electronically with the Court's ECF system, which transmitted copies of the foregoing to all counsel of record and all unrepresented parties who have appeared in this action.

        Patrick A. M<sup>c</sup>Inerney
        An Attorney for Defendant Ryan Sullivan