# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
# Greenbelt Division

| | |
|---|---|
| JACINTA ELDER,<br><br>                                Plaintiff,<br><br>v.<br><br>RYAN SULLIVAN, ASHLEY BLAKE COLLINS, RAYCEN RAINES, GENEVA LONE HILL, and WAKPAMNI LAKE COMMUNITY CORPORATION,<br><br>                              Defendants. | Civil Action No. 8:17-cv-01807-TDC |

## JOINT MOTION TO STAY PROCEEDINGS AS TO DEFENDANT SULLIVAN

Plaintiff Jacinta Elder ("Plaintiff") and Defendant Ryan Sullivan ("Sullivan") respectfully move this Court for an order staying the proceedings in this case as to Defendant Sullivan in recognition of a settlement agreement the Parties entered into, effective May 8, 2018.

The Parties have entered an agreement to settle Plaintiff's claims against Defendant Sullivan where the Parties must undertake certain actions before the agreement can become fully effective. A stay is necessary to allow the Parties to undertake those actions. Plaintiff has agreed to voluntarily dismiss her claims as to Sullivan, with prejudice, following the final effective date of the agreement.

Therefore, pursuant to their settlement agreement, the Parties jointly request that this Court permit a three-month stay of any deadlines pertaining to Sullivan's motion to stay and compel arbitration, or in the alternative to dismiss, including Plaintiff's response to the same, as well as any deadline for Sullivan to file a reply brief in further support of his motion. A stay of this length will permit the Parties to complete all the actions necessary to satisfy the terms of the settlement agreement and for Plaintiff to dismiss Defendant Sullivan from the pending litigation.

Further, entering the stay will conserve the resources of the Court and the parties, by not presenting to the Court briefing that is unlikely to require a ruling, in light of the settlement.

Dated: May 11, 2018                                Respectfully submitted,

**RYAN SULLIVAN**                                  **JACINTA ELDER**

By:__/s/ Patrick A McInerney____                   By:__/s/ Anna C. Haac_____
Patrick A McInerney                                Hassan Zavareei (No. 18489)
Angus W Dwyer                                      Anna Haac (No. 28383)
SPENCER FANE LLP                                   TYCKO & ZAVAREEI LLP
1000 Walnut Ste. 1400                              1828 L Street, N.W., Suite 1000
Kansas City, MO 64106                              Washington, D.C. 20036
816-474-8100                                       P: (202) 973-0900
Fax: 816-474-3216                                  F: (202) 973-0950
adwyer@spencerfane.com                             hzavareei@tzlegal.com
pmcinerney@spencerfane.com                         ahaac@tzlegal.com

Paula M Junghans                                   *Counsel for Plaintiff*
ZUCKERMAN SPAEDER LLP
1800 M St NW
Suite 1000
Washington, DC 20036
1-202-778-1850
Fax: 1-202-822-8106
pjunghans@zuckerman.com

*Counsel for Defendant Ryan Sullivan*