UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| JACINTA ELDER,<br><br>    Plaintiff,<br><br>v.<br><br>RYAN SULLIVAN,<br>ASHLEY BLAKE COLLINS,<br>RAYCEN RAINES,<br>GENEVA LONE HILL, and<br>WAKPAMNI LAKE COMMUNITY<br>CORPORATION,<br><br>    Defendants. | Civil Action No. TDC-17-1807 |

**ORDER**

Pending is the parties' Joint Motion to Stay Proceedings. ECF No. 32. The Court having reviewed the Motion and good cause being shown, the Motion is GRANTED. This matter is stayed until further order of this Court.

Date: June __19__, 2018

THEODORE D. CHUANG
United States District Judge