**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division**

| | |
|---|---|
| JACINTA ELDER, | |
| Plaintiff, | |
| v. | Civil Action No. 8:17-cv-01807-TDC |
| RYAN SULLIVAN, ASHLEY BLAKE COLLINS, RAYCEN RAINES, GENEVA LONE HILL, and WAKPAMNI LAKE COMMUNITY CORPORATION, | |
| Defendants. | |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE AS TO DEFENDANT SULLIVAN

Pursuant to the settlement reached between Jacinta Elder and Ryan Sullivan and Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff Jacinta Elder through undersigned counsel, hereby gives notice that the claims asserted by Plaintiff in the above-captioned action are voluntarily dismissed with prejudice against defendant Ryan Sullivan.

Dated: July 9, 2018

Respectfully submitted,

**JACINTA ELDER**

By: _/s/_ Anna C. Haac
Hassan Zavareei (No. 18489)
Anna Haac (No. 28383)
TYCKO & ZAVAREEI LLP
1828 L Street, N.W., Suite 1000
Washington, D.C. 20036
P: (202) 973-0900
F: (202) 973-0950
hzavareei@tzlegal.com
ahaac@tzlegal.com

*Counsel for Plaintiff*