UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

JACINTA ELDER,

    Plaintiff,

    v.

RYAN SULLIVAN,
ASHLEY BLAKE COLLINS,
RAYCEN RAINES,
GENEVA LONE HILL, and
WAKPAMNI LAKE COMMUNITY
CORPORATION,

    Defendants.

Civil Action No. TDC-17-1807

**ORDER**

On July 9, 2018, Plaintiff Jacinta Elder filed a Notice of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). ECF No. 34. The Court having reviewed the Notice, it is hereby ORDERED that this action is dismissed with prejudice as against Defendant Ryan Sullivan only.

Date: July **10**, 2018



THEODORE D. CHUANG
United States District Judge