UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| JACINTA ELDER,<br><br>    Plaintiff,<br><br>    v.<br><br>ASHLEY BLAKE COLLINS,<br>RAYCEN RAINES,<br>GENEVA LONE HILL, and<br>WAKPAMNI LAKE COMMUNITY<br>CORPORATION,<br><br>    Defendants. | Civil Action No. TDC-17-1807 |

**ORDER**

On June 30, 2017, Plaintiff Jacinta Elder commenced this action against Defendants Ryan Sullivan, Ashley Blake Collins, Raycen Raines, Geneva Lone Hill, and Wakpamni Lake Community Corporation ("Wakpamni"). ECF No. 1. The Clerk issued Summonses, ECF No. 3, and Elder filed proof of service indicating that Collins was served on September 29, 2017, Hill was served on October 2, 2017, Raines was served on October 2, 2017, Wakpamni was served on October 2, 2017, and Sullivan waived service, *see* ECF Nos. 7 & 9. Elder and Sullivan reached a settlement and this case was dismissed as to Sullivan on July 11, 2018. None of the other Defendants have appeared.

Under Federal Rule of Civil Procedure 12(a)(1)(A)(i), a responsive pleading is due within 21 days of service. Collins's responsive pleading was thus due on October 12, 2017, and the deadline for a responsive pleading for Raines, Hill, and Wakpamni was October 23, 2017. To date, the Court has no record that any of these Defendants has filed a responsive pleading.

Accordingly, it is hereby ORDERED that within 14 days of this Order Elder must file and serve on Collins, Raines, Hill, and Wakpamni a Motion for Clerk's Entry of Default pursuant to Federal Rule of Civil Procedure 55(a) or show cause as to why such motion would be inappropriate.

Date: December **3**, 2018



THEODORE D. CHUANG
United States District Judge