**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division**

| | |
|---|---|
| JACINTA ELDER, | |
| Plaintiff, | |
| v. | Civil Action No. 8:17-cv-01807-TDC |
| ASHLEY BLAKE COLLINS,<br>RAYCEN RAINES, GENEVA LONE HILL, and<br>WAKPAMNI LAKE COMMUNITY<br>CORPORATION, | |
| Defendants. | |

## PLAINTIFF'S MOTION FOR CLERK'S ENTRY OF DEFAULT AND RESPONSE TO COURT'S ORDER TO SHOW CAUSE [Dkt. 36]

Plaintiff Jacinta Elder ("Plaintiff") respectfully submits the following response to the

Court's December 3, 2018 Order to Show Cause ("Order") [Dkt. 38]:

## MEMORANDUM OF POINTS AND AUTHORITIES

1.      On December 3, 2018, the Court issued an Order directing Plaintiff to file and

serve on Defendants Ashley Blake Collins ("Collins"), Raycen Raines ("Raines"), Geneva Lone

Hill ("Hill"), and Wakpamni Lake Community Corporation ("WLCC") a Motion for Clerk's

Entry of Default pursuant to Federal Rule of Civil Procedure 55(a), or, alternatively, show cause

as to why such motion would be inappropriate.

2.      Accordingly, Plaintiff respectfully moves the Court for Clerk's Entry of Default

pursuant to Federal Rule of Civil Procedure 55(a) as to Defendants Raines, Hill, and WLCC.

Pursuant to Rule 55(a), concurrent with this filing Plaintiff submits the Declaration of Anna

Haac confirming that to Plaintiff's knowledge, Defendants Raines, Hill, and WLCC have "failed

to plead or otherwise defend" in response to the allegations in Plaintiff's Complaint. Pursuant to

Local Rule 108(2), Plaintiff provides the last known addresses for Defendant Raines, Hill, and WLCC:

> Raycen Raines
> One Wakpamni Lake Housing
> Batesland, SD 57716
>
> Geneva Lone Hill
> One Wakpamni Lake Housing
> Batesland, SD 57716
>
> Wakpamni Lake Community Corporation
> One Wakpamni Lake Housing
> Batesland, SD 57716

In light of the above, Plaintiff respectfully requests that the Court order a Clerk's Entry of Default pursuant to Rule 55(a).

3.      Plaintiff does not, at this time, move for entry of default with respect to Defendant Collins. On November 9, 2017, Defendant Collins emailed a document to counsel for Plaintiff purporting to be an answer to Plaintiff's complaint. It appears that document was never filed with the Court by Defendant Collins. Therefore, attached hereto as Exhibit A is the document sent by Defendant Collins to counsel for Plaintiff purporting to be an answer to Plaintiff's complaint. Accordingly, as to Defendant Collins, Plaintiff responds to the Court's Order that Plaintiff believes that a Motion for Clerk's Entry of Default would be inappropriate as to Defendant Collins at this time.

## **CONCLUSION**

For the foregoing reasons, Plaintiff respect requests that the Court order a Clerk's Entry of Default pursuant to Rule 55(a). Additionally, Plaintiff responds to the Court's Order that Plaintiff believes that a Motion for Clerk's Entry of Default would be inappropriate as to Defendant Collins at this time.

Dated: December 17, 2018                    Respectfully submitted,

**JACINTA ELDER**

By:___/s/_ Anna Haac_____
Anna Haac (No. 28383)
TYCKO & ZAVAREEI LLP
1828 L Street, N.W., Suite 1000
Washington, D.C. 20036
P: (202) 973-0900
F: (202) 973-0950
ahaac@tzlegal.com

*Counsel for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

Pursuant to Local Rule 102.1.C, I hereby certify that on this date counsel for Plaintiff will serve a copy of the foregoing Motion and this Certificate of Service on Defendants as required by Fed. R. Civ. P. 5(a) by placing copies in a sealed envelope with fully pre-paid postage, return receipt requested, in the United States Mail addressed as set forth below:

Raycen Raines
One Wakpamni Lake Housing
Batesland, SD 57716

Geneva Lone Hill
One Wakpamni Lake Housing
Batesland, SD 57716

Wakpamni Lake Community Corporation
One Wakpamni Lake Housing
Batesland, SD 57716

Ashley Blake Collins
3586 E. Latham Way
Gilbert, AZ 85297

By:   /s/  Anna Haac
           Anna Haac

4