IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division

| | |
|---|---|
| JACINTA ELDER,<br><br>                      Plaintiff,<br><br>v.<br><br>ASHLEY BLAKE COLLINS,<br>RAYCEN RAINES, GENEVA LONE HILL, and<br>WAKPAMNI LAKE COMMUNITY<br>CORPORATION,<br><br>                      Defendants. | Civil Action No. 8:17-cv-01807-TDC |

## DECLARATION OF ANNA C. HAAC

1.     I am an attorney licensed to practice law in State of Maryland and am a partner of the law firm Tycko & Zavareei LLP. I have personal knowledge of the facts stated herein and, if called as a witness, I could and would competently testify thereto.

2.     As discussed in the Court's Order [Dkt. 38] and Plaintiff's concurrently filed response to the Court's Order and Motion for Clerk's Entry of Default, to Plaintiff's knowledge, Defendants Raycen Raines ("Raines"), Geneva Lone Hill ("Hill"), and Wakpamni Lake Community Corporation ("WLCC") have not submitted any response (whether answer or motion) to Plaintiff's Complaint in this matter, to either the Court or my law firm.

3.     Accordingly, Defendants Raines, Hill, and WLCC have "failed to plead or otherwise defend" in response to the allegations in Plaintiff's Complaint.

On this date, December 17, 2018, I declare under penalty of perjury under the law of the United States of America that the foregoing is true and correct.

                                                                                      /s/ Anna C. Haac
                                                                                      Anna C. Haac