## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| Jacinta Elder<br>**Plaintiff**<br><br>v.<br><br>Ashley Blake Collins; Raycen Raines; Geneva Lone Hill; and Wakpamni Lake Community Corporation,<br>**Defendants** | Civil Action No.: TDC-17-1807 |

## ORDER OF DEFAULT

It appearing from the records and/or affidavit of plaintiff that the summons and Complaint were properly served upon the Defendants: Raycen Raines, was served with process on October 2, 2017, that the time for said Defendant to plead or otherwise defend expired on October 23, 2017; Geneva Lone Hill, was served with process on October 2, 2017, that the time for said Defendant to plead or otherwise defend expired on October 23, 2017; Wakpamni Lake Community Corporation, was served with process on October 2, 2017, that the time for said Defendant to plead or otherwise defend expired on October 23, 2017, and that all said Defendants have failed to plead or otherwise defend as directed in said summons and as provided by the Federal Rules of Civil Procedure.

Therefore, upon the request of the Plaintiff, and pursuant to Rule 55 of the Federal Rules of Civil Procedure, it is

**ORDERED**, that default for want of answer or other defense by Defendants is entered this 18th   day of December, 2018.

FELICIA C. CANNON, CLERK

By:    /s/
       Shante R. Smith
       Deputy Clerk

U.S. District Court (Rev. 1/2000) - Order of Default