UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

JACINTA ELDER,

    Plaintiff,

    v.

ASHLEY BLAKE COLLINS,
RAYCEN RAINES,
GENEVA LONE HILL and
WAKPAMNI LAKE COMMUNITY
CORPORATION,

    Defendants.

Civil Action No. TDC-17-1807

**ORDER**

On June 30, 2017, Plaintiff Jacinta Elder commenced this action against Defendants Ryan Sullivan, Ashley Blake Collins, Raycen Raines, Geneva Lone Hill, and Wakpamni Lake Community Corporation ("Wakpamni"). ECF No. 1. The Court stayed this case on June 19, 2018 to allow Elder and Sullivan to engage in negotiations. Elder and Sullivan reached a settlement and this case was dismissed as to Sullivan on July 11, 2018. None of the other Defendants have appeared, and this case remains stayed.

On December 3, 2018, the Court ordered Elder to file a Motion for Clerk's Entry of Default pursuant to Federal Rule of Civil Procedure 55(a) or show cause as to why such motion would be inappropriate as to the remaining Defendants. On December 17, 2018, Elder filed a Motion for Clerk's Entry of Default as to Raines, Hill, and Wakpamni but stated that entry of default would be inappropriate as to Collins because Collins, proceeding *pro se*, had submitted an Answer to Counsel for Elder, presumably intending for that Answer to be filed with the Court. Elder attached Collins's Answer to her Motion for Clerk's Entry of Default. Default was then

entered on December 18, 2018 as to Raines, Hill, and Wakpamni. To date, Plaintiff has not moved for a judgment of default.

Accordingly, it is hereby ORDERED that:

1. Elder shall file and serve by mail on Defendants Raines, Hill, and Wakpamni a Motion Default Judgment, or show cause as to why such motion would be inappropriate, within **14 days** of this Order.

2. The Clerk shall docket Exhibit A to Elder's Motion for Clerk's Entry of Default, ECF No. 37-1, as Collins's Answer to the Complaint and note on the docket that Collins is proceeding pro se with the address and telephone number provided on page 12 of ECF No. 37-1.

3. Elder and Collins shall file a Joint Status Report within **14 days** of this Order stating whether this case should remain stayed or if discovery should proceed as to Elder and Collins.

4. The Clerk shall send a copy of this Order to Collins.

Date: February 4, 2019                             /s/
                                        THEODORE D. CHUANG
                                        United States District Judge