DocuSign Envelope ID: ED6E59F2-BCF4-4D99-B7FE-314FDA85BA90

UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND

JACINTA ELDER

- against -

ASHLEY BLAKE COLLINS

ANSWER

## ADMISSIONS AND DENIALS

1. Paragraph 1 - The defendant denies any and all allegations.  During the time frame of the year 2013, defendant was employed as a Director of Operations for a Company called Dialing It Up.  Dialing It Up was a privately held company focused on providing call center services to the financial industry.

2. Paragraph 2 - The defendant denies any and all allegations. Defendant did not setup nor was the defendant involved at any level of the creation WLCC.  The fact's stated from Jazeera are false and have been disproven.

3. Paragraph 3 - The defendant lacks sufficient knowledge or information to determine the truth of the allegations.

4. Paragraph 4 - The Defendant denies any Racketeering allegations due to the fact the Defendant has never engaged directly or indirectly in any lending activity in the State of Maryland.  The defendant is not a principal owner in WLCC.  The defendant is not a principal owner of Seaside or any company allegedly run by Ryan Sullivan.

DocuSign Envelope ID: ED6E59F2-BCF4-4D99-B7FE-314FDA85BA90

5. Paragraph 5 - <u>The Defendant denies any and all allegations due to the fact the Defendant has never engaged directly or indirectly in any lending activity in the State of Maryland.  The defendant is not a principal owner in WLCC.  The defendant is not a principal owner of Seaside or any company allegedly run by Ryan Sullivan.</u>

6. Paragraph 6 - <u>The defendant lacks sufficient knowledge or information to determine the truth of the allegations regarding the arbitration and choice of law provisions.  The Defendant has never engaged directly or indirectly in any lending activity in the State of Maryland.  The defendant is not a principal owner in WLCC.  The defendant is not a principal owner of Seaside or any company allegedly run by Ryan Sullivan.</u>

7. Paragraph 7 - <u>The Defendant denies any and all allegations due to the fact the Defendant has never engaged directly or indirectly in any lending activity in the State of Maryland.  The defendant is not a principal owner in WLCC.  The defendant is not a principal owner of Seaside or any company allegedly run by Ryan Sullivan.</u>

8. Paragraph 8 - <u>The Defendant denies any all allegations due to the fact the Defendant has never engaged directly or indirectly in any lending activity in the State of Maryland.  The defendant is not a principal owner in WLCC.  The defendant is not a principal owner of Seaside or any company allegedly run by Ryan Sullivan.</u>

9. Paragraph 9 - <u>The defendant lacks sufficient knowledge or information to determine the truth of the allegations.</u>

10. Paragraph 10 - <u>The defendant lacks sufficient knowledge or information to determine the truth of the allegations.</u>

11. Paragraph 11 - <u>The defendant denies any and all allegations.  During the time frame of the alleged complaint, the defendant was the Director of Operations</u>

<u>for a call center called Dialing It Up. During the year of 2013, the defendant was not a principal owner or member of Cash Cloud or Green Circle. Defendant didn't own or control any websites in the name of Cash Cloud or Green Circle. Defendant has knowledge that Green Circle wasn't even in existence until late 2014, which makes it irrelevant to the described timeframe herein of this alleged complaint.</u>

12. Paragraph 12 - <u>The defendant admits that he knows Raycen Raines. Cash Cloud was a client of Dialing It Up where defendant worked. Defendant lacks sufficient knowledge or information to determine the truth of the other allegations in this paragraph.</u>

13. Paragraph 13 - <u>The defendant admits knowing that Geneva Lone Hill is the president of WLCC, however, lacks sufficient knowledge or information to determine the truth of the other allegations in this paragraph.</u>

14. Paragraph 14 - <u>The defendant lacks sufficient knowledge or information to determine the truth of the allegations.</u>

15. Paragraph 15 - <u>The defendant lacks sufficient knowledge or information to determine the truth of the allegations.</u>

16. Paragraph 16 - <u>The defendant admits being a principal in a company called Flobridge. Flobridge was Registered and Licensed in the State of Utah as a deferred deposit lender for over three years (Utah Code 7-23-101). Flobridge did settle with the State of Idaho for a voluntary wage assignment process. Idaho does allow for a voluntary wage assignment, however, Flobridge did the process incorrectly. See Idaho Code 28-43-304</u>. <u>In addition, Flobridge was dissolved on or around November 2012 own its own accord and was not shut down by Idaho or any other State agency.</u>

17. Paragraph 17 - <u>The defendant lacks sufficient knowledge or information to determine the truth of the allegations.</u>

DocuSign Envelope ID: ED6E59F2-BCF4-4D99-B7FE-314FDA85BA90

18. Paragraph 18 - <u>The defendant denies any and all allegations.  The defendant is not a principal owner of Cash Cloud.  Cash Cloud used Dialing It Up call center services where defendant was the Director of Operations. Defendant is not a partner of any kind with Ryan Sullivan and has never been involved in any daily operational component of the alleged company WLCC Seaside lending practices.</u>

19. Paragraph 19 - <u>The defendant lacks sufficient knowledge or information to determine the truth of the allegations.</u>

20. Paragraph 20 - <u>The defendant denies any and all allegations.  Defendant is not a principal owner of Cash Cloud.  The defendant ever signed any documentation between Cash Cloud and WLCC.</u>

21. Paragraph 21 - <u>The defendant lacks sufficient knowledge or information to determine the truth of the allegations.</u>

22. Paragraph 22 - <u>The defendant, based on knowledge later disclosed to him, agrees with the statements in this paragraph.</u>

23. Paragraph 23 - <u>The defendant lacks sufficient knowledge or information to determine the truth of the allegations.</u>

24. Paragraph 24 - <u>The defendant lacks sufficient knowledge or information to determine the truth of the allegations.</u>

25. Paragraph 25 - <u>The defendant lacks sufficient knowledge or information to determine the truth of the allegations.</u>

26. Paragraph 26 - <u>The defendant denies any and all allegations in the context that is portrayed herein.  Cash Cloud contracted with Dialing It Up to provide call center servicing.  Cash Cloud provided program guidelines and loan</u>

DocuSign Envelope ID: ED6E59F2-BCF4-4D99-B7FE-314FDA85BA90

ordinances with regards to underwriting, collections, customer service and managerial aspects of managing the project.

27. Paragraph 27 - The defendant lacks sufficient knowledge or information to determine the truth of the allegations.

28. Paragraph 28 - The defendant lacks sufficient knowledge or information to determine the truth of the allegations

29. Paragraph 29 - The defendant denies any and all allegations.  Defendant is not a principal owner of Cash Cloud.  Defendant adamantly denies signing any partnership agreement between WLCC and Cash Cloud.

30. Paragraph 30 - The defendant partial agrees with the context of this question.  Cash Cloud contracted with Dialing It Up to provide servicing for its Tribal business.  Cash Cloud provided program guidelines to Dialing It Up.  In this respect, Dialing It Up was responsible for daily servicing including; customer service, origination, collections, lead flow, daily management accountability, etc.

31. Paragraph 31 - The defendant denies any and all allegations.  Cash Cloud contracted with Dialing It Up to be their service provider for call center services.

32. Paragraph 32 - The defendant lacks sufficient knowledge or information to determine the truth of the allegations.  Dialing It Up was a call center service provider for many clients including Cash Cloud.  As a turnkey service provider, Dialing It Up, had its own call center space.  In this space, Dialing It Up, provided cubicles, computers and phones, etc.  Cash Cloud and other third party companies contracted with Dialing it Up to do all their call center servicing.

DocuSign Envelope ID: ED6E59F2-BCF4-4D99-B7FE-314FDA85BA90

33. Paragraph 33 - <u>Defendant lacks sufficient knowledge or information to determine the truth of the allegations.</u>

34. Paragraph 34 - <u>The defendant lacks sufficient knowledge or information to determine the truth of the allegations.</u>

35. Paragraph 35 - <u>The defendant lacks sufficient knowledge or information to determine the truth of the allegations.</u>

36. Paragraph 36 - <u>The defendant denies any and all allegations.  Defendant is aware that WLCC is actively engaged in daily operations, compliance and all aspects of the business.</u>

37. Paragraph 37 - <u>The defendant lacks sufficient knowledge or information to determine the truth of the allegations.</u>

38. Paragraph 38 - <u>The defendant lacks sufficient knowledge or information to determine the truth of the allegations.</u>

39. Paragraph 39 - <u>The defendant lacks sufficient knowledge or information to determine the truth of the allegations.</u>

40. Paragraph 40 - 43 - <u>The defendant lacks sufficient knowledge or information to determine the truth of the allegations.</u>

41. Paragraph 44 - Paragraph 51 - <u>The defendant denies any and all allegations.  Defendant has never engaged directly or indirectly in any lending activity in the State of Maryland.  Defendant is not a principal owner of WLCC or Seaside.  Defendant is not a partner of any kind with Ryan Sullivan and has never been involved in any daily operational component of the alleged company WLCC Seaside lending practices.</u>

42. Paragraph 52 - <u>The defendant denies any and all allegations.  Defendant has never engaged directly or indirectly in any lending activity in the State of Maryland.  Defendant is not a principal of Seaside, not a partner of any kind with Ryan Sullivan and has never been involved in any daily operational component of the alleged company WLCC Seaside.
The Virginia case has since been "dismissed without prejudice".</u>

43. Paragraph 53 - Paragraph 69 - <u>The defendant denies any and all allegations.  Defendant has never engaged directly or indirectly in any lending activity in the State of Maryland.  Defendant is not a principal of WLCC or Seaside, not a partner of any kind with Ryan Sullivan and has never been involved in any daily operational component of the alleged company WLCC Seaside.</u>

44. Count 1 Paragraph 70 - Paragraph 83   <u>The defendant denies any and all allegations.  Defendant has never engaged directly or indirectly in any lending activity in the State of Maryland.  Defendant is not a principal of WLCC or Seaside, not a partner of any kind with Ryan Sullivan and has never been involved in any daily operational component of the alleged company WLCC Seaside.</u>

45. Count 2 Paragraph 84 - Paragraph 95 - <u>The defendant denies any and all allegations.  Defendant has never engaged directly or indirectly in any lending activity in the State of Maryland.  Defendant is not a principal of WLCC or Seaside, not a partner of any kind with Ryan Sullivan and has never been involved in any daily operational component of the alleged company WLCC Seaside.</u>

46. Count 3 Paragraph 96 - Paragraph 106 - <u>The defendant denies any and all allegations.  Defendant has never engaged directly or indirectly in any lending activity in the State of Maryland.  Defendant is not a principal of WLCC or Seaside, not a partner of any kind with Ryan Sullivan and has never been involved in any daily operational component of the alleged company WLCC Seaside.</u>

47. Count 4 Paragraph 107 - Paragraph 118 - <u>The defendant denies any and all allegations.  Defendant has never engaged directly or indirectly in any lending activity in the State of Maryland.  Defendant is not a principal of WLCC or Seaside, not a partner of any kind with Ryan Sullivan and has never been involved in any daily operational component of the alleged company WLCC Seaside.</u>

48. Count 5 Paragraph 119 - Paragraph 129 - <u>The defendant denies any and all allegations.  Defendant has never engaged directly or indirectly in any lending activity in the State of Maryland.  Defendant is not a principal or WLCC or Seaside, not a partner of any kind with Ryan Sullivan and has never been involved in any daily operational component of the alleged company WLCC Seaside.</u>

DocuSign Envelope ID: ED6E59F2-BCF4-4D99-B7FE-314FDA85BA90

## II
### DEFENSES

49. FIRST DEFENSE:  <u>Defendant has never engaged directly or indirectly in any lending activity in the State of Maryland.  Defendant is not a principal owner or member of Seaside, Green Circle, Cash Could or WLCC.  Defendant doesn't own or control any websites for Cash Cloud, Green Circle or Seaside.  Defendant is not a partner of any kind with Ryan Sullivan and has never been involved in any daily operational component of the alleged WLCC Seaside Company herein.</u>

**WHEREFORE** defendant asks this Court to dismiss the complaint and enter judgment in favor of defendant.

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this 9 day of   November, 2017 .

Signature of Defendant_____ *Ashley Blake Collins* (DocuSigned, F04FBE1A64CE49F...)

Address                         3686 East Latham Way

                                Gilbert, AZ 85297

Telephone Number        (801) 608-5709

Fax Number  (if you have one) _____