DocuSign Envelope ID: ED6E59F2-BCF4-4D99-B7FE-314FDA85BA90

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAYLAND

JACINTA ELDER,

                              Plaintiff,

          -against-

ASHLEY BLAKE COLLINS,

                              Defendant,

**NOTICE OF APPEARANCE**

Please take notice that the undersigned  ASHLEY BLAKE COLLINS
                                            (*Your name*)

hereby appears Pro se in the above captioned matter and that all future correspondence and papers in connection with this action are to be directed to the undersigned.

Dated:  November 7, 2017

                                              DocuSigned by:

                                              *Ashley Blake Collins*

                                      Signatu...  F04FBE1A64CE49F...

                                    3586 East Latham Way
                                    Address

                                      Gilbert, AZ 85297
                                    City, State, Zip Code
                                      801-608-5709
                                    Telephone Number