### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MARYLAND
### Greenbelt Division

| | |
|---|---|
| JACINTA ELDER,<br><br>                          Plaintiff,<br><br>v.<br><br>ASHLEY BLAKE COLLINS,<br>RAYCEN RAINES, GENEVA LONE HILL, and<br>WAKPAMNI LAKE COMMUNITY<br>CORPORATION,<br><br>                          Defendants. | Civil Action No. 8:17-cv-01807-TDC |

## RESPONSE TO COURT'S ORDER TO SHOW CAUSE REGARDING MOTION FOR DEFAULT JUDGMENT [Dkt. 39]

Plaintiff Jacinta Elder respectfully submits the following response to the Court's February 5, 2019 Order to Show Cause ("Order") [Dkt. 39]:

A Motion for Default Judgment against Defendants Ryan Sullivan, Raycen Raines, Geneva Lone Hill, and Wakpamni Lake Community Corporation is inappropriate at this time. Because the action remains pending against Defendant Ashley Blake Collins, and Plaintiff has alleged joint and several liability against all the Defendants, default judgment cannot be entered. *See Flores v. Envtl. Tr. Sols., Inc.*, No. PWG-15-3063, 2018 WL 2237127, at *4 (D. Md. May 16, 2018) ("[D]efault judgment cannot be entered against a subset of defendants charged with joint and/or several liability when claims remain pending against one or more defendants."); *Henriquez v. Magno Enterprises, LLC*, No. CV ELH-17-1417, 2018 WL 3818874, at *4 (D. Md. Aug. 10, 2018) ("[A]t this stage it is inappropriate to grant a default judgment against one of two parties, so long as the other party is active in the case."). Plaintiff intends to file a motion for default judgment promptly once this action is resolved against Defendant Collins.

Dated: February 19, 2019                    Respectfully submitted,

                                            **JACINTA ELDER**

                                            By: _/s/ Anna C. Haac_
                                            Anna C. Haac (No. 28383)
                                            TYCKO & ZAVAREEI LLP
                                            1828 L Street, N.W., Suite 1000
                                            Washington, D.C. 20036
                                            P: (202) 973-0900
                                            F: (202) 973-0950
                                            ahaac@tzlegal.com

                                            *Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

Pursuant to Local Rule 102.1.C, I hereby certify that on this date counsel for Plaintiff will serve a copy of the foregoing Motion and this Certificate of Service on Defendants as required by Fed. R. Civ. P. 5(a) by placing copies in a sealed envelope with fully pre-paid postage, return receipt requested, in the United States Mail addressed as set forth below:

Raycen Raines
One Wakpamni Lake Housing
Batesland, SD 57716

Geneva Lone Hill
One Wakpamni Lake Housing
Batesland, SD 57716

Wakpamni Lake Community Corporation
One Wakpamni Lake Housing
Batesland, SD 57716

Ashley Blake Collins
3686 East Latham Way
Gilbert, AZ 85297

By: __/s/  Anna C. Haac_____
　　　　Anna C. Haac