IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division

| | |
|---|---|
| JACINTA ELDER,<br><br>                              Plaintiff,<br><br>v.<br><br>ASHLEY BLAKE COLLINS,<br>RAYCEN RAINES, GENEVA LONE HILL, and<br>WAKPAMNI LAKE COMMUNITY<br>CORPORATION,<br><br>                              Defendants. | Civil Action No. 8:17-cv-01807-TDC |

## STATUS REPORT AND RESPONSE TO COURT'S ORDER TO SHOW CAUSE [Dkt. 39]

Plaintiff Jacinta Elder, by and through counsel, respectfully submits the following Status Report in response to the Court's February 5, 2019 Order to Show Cause ("Order") [Dkt. 39]:

1. On November 9, 2017, Defendant Ashley Blake Collins emailed a *pro-se* Answer to counsel for Plaintiff, which was docketed on February 5, 2019 pursuant to the Court's Order dated the same day. (Dkt. 39, 40.) On December 14, 2018, Defendant Collins advised Plaintiff's Counsel by email that he had retained a "legal firm," but did not respond to requests by Plaintiff's Counsel to provide contact information for said firm. On January 15, 2019, Plaintiff's Counsel informed Defendant Collins that they had received a "return to sender" notification and asked him to provide a current mailing address, as required by Local Rule 102(1)(b), or his counsel's contact information. Later that same day, Richard J. Zack of Pepper Hamilton LLP emailed Plaintiff's Counsel, advising that he represented Defendant Collins. Although Mr. Zack has not yet filed an appearance in this matter, he has represented that he will do so shortly.

2.	Relying on the above-described email communication received by Mr. Collins and representations by Mr. Zack, Plaintiff's Counsel conferred with Mr. Zack for purposes of providing a joint status report to the Court pursuant to the Court's Order, during which the Parties agreed and respectfully request that this case should remain stayed for an additional 30 days to allow them to engage in limited exchange of documents for purposes of settlement negotiations. If, after the 30 days, the Parties have not settled this case against Defendant Collins, Plaintiff Elder intends to initiate discovery and Defendant Collins intends to seek leave to file a motion to dismiss under Federal Rule of Civil Procedure 12.

Dated: February 19, 2019                                  Respectfully submitted,

**JACINTA ELDER**

By: __/s/ Anna C. Haac__
Anna C. Haac (No. 28383)
TYCKO & ZAVAREEI LLP
1828 L Street, N.W., Suite 1000
Washington, D.C. 20036
P: (202) 973-0900
F: (202) 973-0950
ahaac@tzlegal.com

*Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

Pursuant to Local Rule 102.1.C, I hereby certify that on this date counsel for Plaintiff will serve a copy of the foregoing Motion and this Certificate of Service on Defendants as required by Fed. R. Civ. P. 5(a) by placing copies in a sealed envelope with fully pre-paid postage, return receipt requested, in the United States Mail addressed as set forth below:

Raycen Raines
One Wakpamni Lake Housing
Batesland, SD 57716

Geneva Lone Hill
One Wakpamni Lake Housing
Batesland, SD 57716

Wakpamni Lake Community Corporation
One Wakpamni Lake Housing
Batesland, SD 57716

Ashley Blake Collins
3686 East Latham Way
Gilbert, AZ 85297

By: __/s/ Anna C. Haac_____
       Anna C. Haac