UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
6500 CHERRYWOOD LANE
GREENBELT, MARYLAND 20770
www.mdd.uscourts.gov

OFFICIAL BUSINESS

NEOPOST
02/05/2019
US POSTAGE $000.50⁰

FIRST-CLASS MAIL

ZIP 20770
041M11451260

LODGED _____ RECEIVED

MAR 1 1 2019

AT GREENBELT
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
          DEPUTY

Ashley Blake Collins
3686 East Latham Way
Gilbert, AZ 85297



NIXIE        850    FE 1        0003/03/19

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

FWDTF    BC: 20770124999    *1679-03941-14-22