UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

JACINTA ELDER,

    Plaintiff,

    v.

ASHLEY BLAKE COLLINS,
RAYCEN RAINES,
GENEVA LONE HILL and
WAKPAMNI LAKE COMMUNITY
CORPORATION,

    Defendants.

Civil Action No. TDC-17-1807

**ORDER**

On June 30, 2017, Plaintiff Jacinta Elder commenced this action against Defendants Ryan Sullivan, Ashley Blake Collins, Raycen Raines, Geneva Lone Hill, and Wakpamni Lake Community Corporation ("Wakpamni"). ECF No. 1. The Court stayed this case on June 19, 2018 to allow Elder and Sullivan to engage in settlement negotiations. Elder and Sullivan reached a settlement and this case was dismissed as to Sullivan on July 11, 2018. Of the remaining Defendants, only Collins has filed an answer, and the Clerk has entered Defaults as to Raines, Hill, and Wakpamni. The case remains stayed.

On February 19, 2019, Elder filed a Status Report stating that although Collins filed an Answer to the Complaint *pro se*, an attorney purporting to represent Collins had contacted counsel for Elder and intended to enter his appearance. Elder requested that the action remain stayed for 30 additional days for the purpose of further settlement negotiations. Those 30 days have now passed, and counsel for Collins has not entered his appearance nor have the parties advised the Court of the status of settlement negotiations.

Accordingly, it is hereby ORDERED that within **14 days** of the date of this Order:

1. Counsel for Collins shall enter his appearance.

2. Elder and Collins shall file a joint status report stating whether this case should remain stayed for settlement negotiations, and, if so, for how long. If the parties request that the stay be lifted, the Court will issue a Scheduling Order granting the parties leave to initiate discovery.

Date: April 23, 2019

/s/
THEODORE D. CHUANG
United States District Judge