**UNITED STATES DISTRICT COURT**
OFFICE OF THE CLERK
6500 CHERRYWOOD LANE
GREENBELT, MARYLAND 20770
www.mdd.uscourts.gov

OFFICIAL BUSINESS

NEOPOST
04/23/2019
US POSTAGE $000.50⁰

FIRST-CLASS MAIL



ZIP 20770
041M11451260

LODGED ___ RECEIVED



MAY 6 2019

AT GREENBELT
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
                              DEPUTY

Ashley Blake Collins
3686 East Latham Way
Gilbert, AZ 85297

NIXIE     850   DE 1         0005/01/19
          RETURN TO SENDER
          NO MAIL RECEPTACLE
          UNABLE TO FORWARD

BC: 20770124999    *2931-07655-24-45