UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| JACINTA ELDER,<br><br>    Plaintiff,<br><br>    v.<br><br>ASHLEY BLAKE COLLINS,<br>RAYCEN RAINES,<br>GENEVA LONE HILL and<br>WAKPAMNI LAKE COMMUNITY<br>CORPORATION,<br><br>    Defendants. | Civil Action No. TDC-17-1807 |

**ORDER**

On May 6, 2019, Plaintiff Jacinta Elder filed a Motion for Default Judgment as to Defendant Ashley Blake Collins and requested that the Court strike Collins's Answer.  ECF No. 47.  Prior to Elder's Motion, when the Court had ordered Elder to show cause why the Clerk should not enter a default as to all remaining Defendants in this case, Elder moved for the Clerk to enter a default as to all Defendants except Collins and notified the Court that Collins, proceeding *pro se*, had sent an Answer to Elder, which presumably should have been docketed.  ECF No. 37.  Elder attached that Answer to its filing, and the Court directed the Clerk to docket Collins's Answer and note on the docket that Collins is self-represented.  ECF No. 39.  The Clerk has now also entered defaults as to all Defendants except Collins.  ECF No. 38.

Elder argues that an individual who purports to represent Collins has failed to respond to her communications.  While that may be so, where Collins has answered the Complaint *pro se*, and counsel for Collins never entered an appearance, the Court must accept Collins's Answer

and assume she intends to represent herself.  Thus, a default judgment against Collins would not be appropriate at this time.

Moreover, this case remains stayed.  The Court's Order dated April 23, 2019 asked Elder and Collins to file a status report stating whether the case should remain stayed for settlement negotiations, and, if so, for how long.  It did not invite Elder to file a Motion for Default Judgment.  Given that all parties except for Collins have defaulted, if the stay is lifted, the Court will enter a Scheduling Order allowing Elder and Collins to initiate discovery.

Accordingly, it is hereby ORDERED:

1. Elder's Motion for Default Judgment, ECF No. 47, is DENIED WITHOUT PREJUDICE.

2. Within **14 days** of the date of this Order, Elder and Collins shall file a joint status report stating whether this case should remain stayed for settlement negotiations, and, if so, for how long.  If the parties request that the stay be lifted, the Court will issue a Scheduling Order.

Date:  June 3, 2019

             /s/
THEODORE D. CHUANG
United States District Judge