**UNITED STATES DISTRICT COURT**
OFFICE OF THE CLERK
6500 CHERRYWOOD LANE
GREENBELT, MARYLAND 20770
www.mdd.uscourts.gov

OFFICIAL BUSINESS



JUN 14 2019

AT GREENBELT
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
DEP

9409216791612



NEOPOST    FIRST-CLASS MAIL
06/04/2019
US POSTAGE  $000.50

ZIP 20770
041M11451260

Ashley Blake Collins
3686 East Latham Way
Gilbert, AZ 85297

NIXIE       850    FE 1        0006/10/19
            RETURN TO SENDER
            ATTEMPTED - NOT KNOWN
            UNABLE TO FORWARD

BC: 20770124999    *2931-04194-04-44