UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

JACINTA ELDER,

    Plaintiff,

    v.

ASHLEY BLAKE COLLINS,
RAYCEN RAINES,
GENEVA LONE HILL and
WAKPAMNI LAKE COMMUNITY
CORPORATION,

    Defendants.

Civil Action No. TDC-17-1807

JUN 1 4 2019

AT GREENBELT
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND

## ORDER

On May 6, 2019, Plaintiff Jacinta Elder filed a Motion for Default Judgment as to Defendant Ashley Blake Collins and requested that the Court strike Collins's Answer. ECF No. 47. Prior to Elder's Motion, when the Court had ordered Elder to show cause why the Clerk should not enter a default as to all remaining Defendants in this case, Elder moved for the Clerk to enter a default as to all Defendants except Collins and notified the Court that Collins, proceeding *pro se*, had sent an Answer to Elder, which presumably should have been docketed. ECF No. 37. Elder attached that Answer to its filing, and the Court directed the Clerk to docket Collins's Answer and note on the docket that Collins is self-represented. ECF No. 39. The Clerk has now also entered defaults as to all Defendants except Collins. ECF No. 38.

Elder argues that an individual who purports to represent Collins has failed to respond to her communications. While that may be so, where Collins has answered the Complaint *pro se*, and counsel for Collins never entered an appearance, the Court must accept Collins's Answer