# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

| | |
|---|---|
| JACINTA ELDER,<br><br>　　Plaintiff,<br><br>　　v.<br><br>ASHLEY BLAKE COLLINS,<br>RAYCEN RAINES,<br>GENEVA LONE HILL and<br>WAKPAMNI LAKE COMMUNITY<br>CORPORATION,<br><br>　　Defendants. | Civil Action No. TDC-17-1807 |

## ORDER

On June 3, 2019, this Court ordered Plaintiff Jacinta Elder to file a Joint Status Report with Defendant Ashley Blake Collins, stating whether this case should remain stayed for settlement negotiations or if the parties request that the stay be lifted. The deadline to comply with the Court's Order was June 17, 2019, and to date, no status report has been filed.

Accordingly, it is hereby ORDERED:

1. Within **7 days** of the date of this Order, Elder and Collins shall file a joint status report stating whether this case should remain stayed for settlement negotiations, and, if so, for how long. If the parties request that the stay be lifted, the Court will issue a Scheduling Order.

2. Failure to comply with this order may result in dismissal without prejudice.

Date:  July 15, 2019

　　　　　　　　　　　　　　　　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　　　　　　　　THEODORE D. CHUANG
　　　　　　　　　　　　　　　　　　　　　United States District Judge