# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
# Greenbelt Division

| | |
|---|---|
| JACINTA ELDER<br><br>Plaintiff,<br><br>v.<br><br>ASHLEY BLAKE COLLINS, RAYCEN RAINES, GENEVA LONE HILL, AND WAKPAMNI LAKE COMMUNITY CORPORATION,<br><br>Defendants. | Civil Action No. 8:17-cv-01807-TDC |

## STATUS REPORT AND RESPONSE TO COURT'S ORDER (Dkt. 50)

Plaintiff Jacinta Elder, by and through counsel, respectfully submits the following Status Report in response to the Court's July 15, 2019 Order (Dkt. 50).

1. Since the Court's June 3, 2019 Order (Dkt. 48), counsel for Plaintiffs have conferred with Brian M. Nichilo of Pepper Hamilton LLP on multiple occasions. Mr. Nichilo has advised that he has been in communication with Defendant Ashley Blake Collins, but that neither he nor his firm has a present intention of filing a notice of appearance in this case, meaning Plaintiffs are technically not able to submit a joint status report.

2. Nevertheless, most recently, Plaintiff's Counsel conferred with Mr. Nichilo on July 22, 2019 for purposes of providing a status report to the Court pursuant to the Court's Order (Dkt. 50), during which the parties agreed to ask this Court for an additional week to determine whether they could come to an agreement on whether the case should remain stayed for settlement negotiations and if so, for how long.

3. Plaintiffs thus respectfully request that this Court extend the deadline set in the Court's July 15, 2019 order by one week, or until July 29, 2019.

Dated: July 22, 2019                               Respectfully submitted,

                                            **JACINTA ELDER**

By: /s/ *Anna C. Haac*
Anna C. Haac (No. 28383)
TYCKO & ZAVAREEI LLP
1828 L Street, N.W., Suite 1000
Washington, D.C. 20036
P: (202) 973-0900
F: (202) 973-0950
ahaac@tzlegal.com

*Counsel for Plaintiff*