# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
# Greenbelt Division

| | |
|---|---|
| JACINTA ELDER<br><br>    Plaintiff,<br><br>v.<br><br>ASHLEY BLAKE COLLINS, RAYCEN RAINES, GENEVA LONE HILL, AND WAKPAMNI LAKE COMMUNITY CORPORATION,<br><br>    Defendants. | Civil Action No. 8:17-cv-01807-TDC |

## STATUS REPORT AND RESPONSE TO COURT'S ORDERS

In response to the Court's July 15, 2019 and July 29, 2019 Orders (Dkt. 50 and 52), Plaintiff Jacinta Elder, by and through counsel, respectfully requests the case be stayed for settlement negotiations for sixty (60) days or until September 27, 2019 and states as follows.

1. Since the Court's June 3, 2019 Order (Dkt. 48), counsel for Plaintiffs have conferred with Brian M. Nichilo of Pepper Hamilton LLP on multiple occasions. Mr. Nichilo has advised that he has been in communication with Defendant Ashley Blake Collins, but that neither he nor his firm has a present intention of filing a notice of appearance in this case, meaning Plaintiffs are technically not able to submit a joint status report.

2. Nevertheless, most recently, Plaintiff's Counsel conferred with Mr. Nichilo on July 29, 2019 for purposes of providing a status report to the Court pursuant to the Court's Orders (Dkt. 50 and 52), during which the parties agreed to ask this Court for an additional sixty (60) days to allow for informal exchange of information and settlement negotiations.

1

Dated: July 29, 2019                    Respectfully submitted,

**JACINTA ELDER**

By: /s/ *Anna C. Haac*
Anna C. Haac (No. 28383)
TYCKO & ZAVAREEI LLP
1828 L Street, N.W., Suite 1000
Washington, D.C. 20036
P: (202) 973-0900
F: (202) 973-0950
ahaac@tzlegal.com

*Counsel for Plaintiff*

2