# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
# Greenbelt Division

| | |
|---|---|
| JACINTA ELDER<br><br>Plaintiff,<br><br>v.<br><br>ASHLEY BLAKE COLLINS, RAYCEN RAINES, GENEVA LONE HILL, AND WAKPAMNI LAKE COMMUNITY CORPORATION,<br><br>Defendants. | Civil Action No. 8:17-cv-01807-TDC |

## STATUS REPORT AND RESPONSE TO COURT'S ORDER (Dkt. 54)

In response to the Court's January 3, 2020 Order (Dkt. 54), Plaintiff Jacinta Elder, by and through counsel, respectfully requests the case by stayed for twenty-one (21) days, or until January 30, 2020, and states as follows.

1. Since the Court's July 23, 2019 Order (Dkt. 52), counsel for the parties have been engaged in informal discovery as part of ongoing settlement negotiations. The parties expect these informal discovery efforts to conclude on or about January 14, 2020 and anticipate needing a short period of additional time thereafter to conclude settlement negotiations, which will dictate how, if at all, this case will proceed forward against Defendant Ashley Blake Collins.

2. As stated previously, Plaintiffs have been in contact with Brian M. Nichilo of Pepper Hamilton LLP, who represents Defendant Collins, but neither he nor his firm have a present intention of filing a notice of appearance in this case, meaning Plaintiffs are technically not able to submit a joint status report.

1

3. Nevertheless, most recently, Plaintiff's Counsel conferred with Mr. Nichilo on January 8, 2020 for purposes of providing a status report to the Court pursuant to the Court's Order (Dkt. 54), during which the parties agreed to ask this Court for an additional twenty-one (21) days to allow the parties to complete their informal discovery and settlement efforts.

4. As such, Plaintiffs thus respectfully request that this case be stayed for an additional twenty-one (21) days, or until January 30, 2020.

Dated: January 9, 2020                                       Respectfully submitted,

**JACINTA ELDER**

By: /s/ *Anna C. Haac*
Anna C. Haac (No. 28383)
TYCKO & ZAVAREEI LLP
1828 L Street, N.W., Suite 1000
Washington, D.C. 20036
P: (202) 973-0900
F: (202) 973-0950
ahaac@tzlegal.com

*Counsel for Plaintiff*