**UNITED STATES DISTRICT COURT**
OFFICE OF THE CLERK
6500 CHERRYWOOD LANE
GREENBELT, MARYLAND 20770
www.mdd.uscourts.gov

OFFICIAL BUSINESS

JAN 1 6 2020

AT GREENBELT
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND

NEOPOST   FIRST-CLASS MAIL
01/03/2020
US POSTAGE $000.50⁰

ZIP 20770
041M11451260

Ashley Blake Collins
3686 East Latham Way
Gilbert, AZ 85297

NIXIE        859    DE 1         0001/12/20
           RETURN TO SENDER
           NO MAIL RECEPTACLE
           UNABLE TO FORWARD

BC: 20770124959      *0151-02025-05-45