# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

JACINTA ELDER,

    Plaintiff,

v.

ASHLEY BLAKE COLLINS,
RAYCEN RAINES,
GENEVA LONE HILL and
WAKPAMNI LAKE COMMUNITY
CORPORATION,

    Defendants.

Civil Action No. TDC-17-1807

JAN 1 6 2020

## ORDER

This case has been stayed pending Plaintiff Jacinta Elder and Defendant Ashley Blake Collins' informal exchanges and negotiations in attempt to settle the matter. *See* ECF Nos. 51, 53. As of the date of this Order, no further Joint Status Report has been filed advising the Court whether the case should remain stayed for settlement negotiations and, if so, for how long. Accordingly, it is hereby ORDERED:

1. Within **7 days** of the date of this Order, Elder and Collins shall FILE a Joint Status Report stating whether this case should remain stayed for settlement negotiations, and to SHOW CAUSE why a Scheduling Order should not be issued in this case.

Date: January 2, 2020

THEODORE D. CHUANG
United States District Judge