**UNITED STATES DISTRICT COURT**
OFFICE OF THE CLERK
6500 CHERRYWOOD LANE
GREENBELT, MARYLAND 20770
www.mdd.uscourts.gov

OFFICIAL BUSINESS



JAN 3 1 2020
AT GREENBELT
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

NEOPOST
01/16/2020
US POSTAGE $000.65

ZIP 20770
041M11451260

**Ashley Blake Collins**
3686 East Latham Way
Gilbert, AZ 85297



NIXIE    850  FE 1      0001/26/20
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 20770124999      *1817-01179-16-43