STAYED

# U.S. District Court
## District of Maryland (Greenbelt)
### CIVIL DOCKET FOR CASE #: 8:17-cv-01807-TDC

Elder v. Collins et al
Assigned to: Judge Theodore D. Chuang
Demand: $5,000,000
Cause: 28:1331 Racketeering (RICO) Act

Date Filed: 06/30/2017
Jury Demand: Plaintiff
Nature of Suit: 470 Racketeer/Corrupt Organization
Jurisdiction: Federal Question

**Plaintiff**

**Jacinta Elder**     represented by **Anna Claire Haac**
Tycko & Zavareei, LLP
1828 L St., NW
Suite 1000
Washington, DC 20036
2029730900
Fax: 2029730950
Email: ahaac@tzlegal.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Hassan A Zavareei**
Tycko and Zavareei LLP
1828 L St NW Ste 1000
Washington, DC 20036
2029730900
Fax: 2029730950
Email: hzavareei@tzlegal.com
*ATTORNEY TO BE NOTICED*


JAN 3 1 2020
AT GREENBELT
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

V.

**Defendant**

**Ryan Sullivan**
*TERMINATED: 07/11/2018*
    represented by **Paula M Junghans**
Zuckerman Spaeder LLP
1800 M St NW
Suite 1000
Washington, DC 20036
12027781850
Fax: 12028228106
Email: pjunghans@zuckerman.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*