UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| JACINTA ELDER,<br><br>    Plaintiff,<br><br>v.<br><br>ASHLEY BLAKE COLLINS,<br>RAYCEN RAINES,<br>GENEVA LONE HILL and<br>WAKPAMNI LAKE COMMUNITY<br>CORPORATION,<br><br>    Defendants. | Civil Action No. TDC-17-1807 |

**ORDER**

On January 15, 2020, the Court granted the parties' request for a stay until January 30, 2020 to complete informal discovery and settlement efforts. To date, the parties have not advised the Court as to the status of this matter. Accordingly, it is hereby ORDERED that within **five days** of the date of this Order, Elder and Collins shall file a Joint Status Report stating whether this case should remain stayed for settlement negotiations. If the parties fail to comply with the Court's order, a Scheduling Order will be issued without further notice.

Date: February 3, 2020



THEODORE D. CHUANG
United States District Judge