# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
## Greenbelt Division

| | |
|---|---|
| JACINTA ELDER,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>ASHLEY BLAKE COLLINS,<br>RAYCEN RAINES, GENEVA LONE HILL, and<br>WAKPAMNI LAKE COMMUNITY<br>CORPORATION,<br><br>　　　　　　　　　　Defendants. | Civil Action No. 8:17-cv-01807-TDC |

## CONSENT MOTION TO DISMISS WITHOUT PREJUDICE
## DEFENDANT ASHLEY BLAKE COLLINS

Pursuant to Fed. R. Civ. P. 41(a)(2), Plaintiff Jacinta Elder, on the one hand, and Defendant Ashley Blake Collins, on the other hand (collectively herein "the Parties"), hereby request this Court dismiss Defendant Ashley Blake Collins from this action without prejudice; each Party to bear their own costs and attorneys' fees. A proposed order to that effect is attached.

Dated: February 3, 2020　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　**JACINTA ELDER**

　　　　　　　　　　　　　　　　　　　By:  /s/  Anna Haac_____
　　　　　　　　　　　　　　　　　　　Anna Haac (No. 28383)
　　　　　　　　　　　　　　　　　　　TYCKO & ZAVAREEI LLP
　　　　　　　　　　　　　　　　　　　1828 L Street, N.W., Suite 1000
　　　　　　　　　　　　　　　　　　　Washington, D.C. 20036
　　　　　　　　　　　　　　　　　　　P: (202) 973-0900
　　　　　　　　　　　　　　　　　　　F: (202) 973-0950
　　　　　　　　　　　　　　　　　　　ahaac@tzlegal.com

　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff*

## ASHLEY BLAKE COLLINS

*/s/ Ashley Blake Collins*
Ashley Blake Collins (*Pro Se*)
3686 East Latham Way
Gilbert, AZ 85297
P: (801) (608)-5709

*Defendant*

## **CERTIFICATE OF SERVICE**

Pursuant to Local Rule 102.1.C, I hereby certify that on this date counsel for Plaintiff will serve a copy of the foregoing Motion and this Certificate of Service on Defendants as required by Fed. R. Civ. P. 5(a) by placing copies in a sealed envelope with fully pre-paid postage, return receipt requested, in the United States Mail addressed as set forth below:

Raycen Raines
One Wakpamni Lake Housing
Batesland, SD 57716

Geneva Lone Hill
One Wakpamni Lake Housing
Batesland, SD 57716

Wakpamni Lake Community Corporation
One Wakpamni Lake Housing
Batesland, SD 57716

Ashley Blake Collins
3586 E. Latham Way
Gilbert, AZ 85297

By: _/s/  Anna Haac_____
        Anna Haac