IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division

| | |
|---|---|
| JACINTA ELDER,<br><br>         Plaintiff,<br><br>v.<br><br>ASHLEY BLAKE COLLINS,<br>RAYCEN RAINES, GENEVA LONE HILL, and<br>WAKPAMNI LAKE COMMUNITY<br>CORPORATION,<br><br>         Defendants. | Civil Action No. 8:17-cv-01807-TDC |

**[PROPOSED] ORDER OF DISMISSAL WITHOUT PREJUDICE
OF ASHLEY BLAKE COLLINS**

  Upon consideration of the Consent Motion to Dismiss Ashley Blake Collins Without Prejudice submitted by Plaintiff Jacinta Elder on the one hand, and Defendant Ashley Blake Collins, on the other hand (collectively herein "the Parties") and pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, this Court hereby DISMISSES WITHOUT PREJUDICE Defendant Ashley Blake Collins; each Party to bear their own costs and attorneys' fees.

IT IS SO ORDERED this ____ day of _____, 2020.

                              _____
                              Hon. Theodore D. Chuang
                              United States District Judge