UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
6500 CHERRYWOOD LANE
GREENBELT, MARYLAND 20770
www.mdd.uscourts.gov

OFFICIAL BUSINESS

NEOPOST
02/04/2020
US POSTAGE $000.50⁰
FIRST-CLASS MAIL

FEB 18 2020

Ashley Blake Collins
3686 East Latham Way
Gilbert, AZ 85297

NIXIE        850  DE 1         0002/14/20
             RETURN TO SENDER
             NO MAIL RECEPTACLE
             UNABLE TO FORWARD

NMR    BC: 20770124999     *2731-00324-04-45
85297>