UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| JACINTA ELDER,<br><br>    Plaintiff,<br><br>v.<br><br>RAYCEN RAINES,<br>GENEVA LONE HILL and<br>WAKPAMNI LAKE COMMUNITY<br>CORPORATION,<br><br>    Defendant. | Civil Action No. TDC-17-1807 |

## ORDER

On December 17, 2018, Plaintiff Jacinta Elder filed a Motion for Entry of Default as to Defendants Raycen Raines, Geneva Lone Hill, and Wakpamni Lake Community Corporation ("Wakpamni"). Default was entered against Raines, Hill, and Wakpamni on December 18, 2018. On June 3, 2019, this Court denied Jacinta Elder's Motion for Default Judgment without prejudice as premature due to Defendant Ashley Blake Collins' Answer to the Complaint. ECF No. 48. On February 7, 2020, Collins was voluntarily dismissed from this case. ECF No. 61. Accordingly, it is hereby ORDERED that Elder shall file and serve by mail on the remaining Defendants a Motion for Default Judgment, or show cause as to why such motion would be inappropriate, within **14 days** of this Order.

Date: February 19, 2020



THEODORE D. CHUANG
United States District Judge