UNITED STATES DISTRICT COURT
OFFICE OF THE CLERK
6500 CHERRYWOOD LANE
GREENBELT, MARYLAND 20770
www.mdd.uscourts.gov

OFFICIAL BUSINESS

NEOPOST                    FIRST-CLASS MAIL
02/10/2020
US POSTAGE    $000.50⁰

FEB 2 4 2020
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND

**Ashley Blake Collins**
**3686 East Latham Way**
**Gilbert, AZ 85297**

NIXIE        850 DE 1           0002/20/20
            RETURN TO SENDER
         NO MAIL RECEPTACLE
           UNABLE TO FORWARD

BC: 20770124999    *0131-01329-10-45
20770>1249