UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| JACINTA ELDER,<br><br>   Plaintiff,<br><br>v.<br><br>ASHLEY BLAKE COLLINS,<br>RAYCEN RAINES,<br>GENEVA LONE HILL and<br>WAKPAMNI LAKE COMMUNITY<br>CORPORATION,<br><br>   Defendant. | Civil Action No. TDC-17-1807 |

ORDER

On February 4, 2020, Jacinta Elder filed a Notice of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). ECF No. 60. The Court having reviewed the Notice, it is hereby ORDERED that Elder's claims against Defendant Ashley Blake Collins are DISMISSED WITHOUT PREJUDICE.

Date: February 7, 2020

THEODORE D. CHUANG
United States District Judge