IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
**Greenbelt Division**

| | |
|---|---|
| JACINTA ELDER,<br><br>                      Plaintiff,<br><br>      v.<br><br>RAYCEN RAINES, GENEVA LONE HILL, and WAKPAMNI LAKE COMMUNITY CORPORATION,<br><br>                      Defendants. | Civil Action No. 8:17-cv-01807-TDC<br><br>Hon. Theodore D. Chuang |

## Order

Finding that Defendants Raycen Raines, Geneva Lone Hill, and Wakpamni Lake Community Corporation (collectively referred to herein as "Defendants"), having failed to plead or otherwise defend in this action, and default having been entered on December 18, 2018 for failure to appear in this matter, it is HEREEBY ORDERED, pursuant to Rule 55(b)(1) of the Federal Rules of Civil Procedure, that:

1. Plaintiff's allegations are deemed admitted by Defendants;

2. Defendants' loans to Maryland consumers with interest rates in excess of Maryland's usury rate, including the loan to Plaintiff at Exhibit 1 to the Complaint, are null and void;

3. Accordingly, Defendants are hereby enjoined from (a) seeking to collect on, enforce, sell, or otherwise receive any principal, interest, charges, or other benefits from any consumer loan issued to a Maryland resident with an interest rate in excess of Maryland's usury rate, including the loan to Plaintiff at Exhibit 1 to the Complaint and (b) investing in or providing support, whether monetary or otherwise, to any person or entity offering, issuing, processing, collecting, or servicing loans to Maryland consumers with interest rates in excess of Maryland's

usury rate or that otherwise violates Maryland law or regulation, including the loan to Plaintiff at Exhibit 1 to the Complaint;

4. The choice of law and arbitration provisions in Plaintiff's loan at Exhibit 1 to the Complaint are void and unenforceable;

5. Defendants are to refund Plaintiff the amount paid on her loan included at Exhibit 1 to the Complaint of no less than $450; and

6. Defendants are to pay Plaintiff's attorney's fees and costs.

**SO ORDERED** this _____ day of _____, 2020.

_____
Theodore D. Chuang
United Stated Judge

2