# UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

JACINTA ELDER,

    Plaintiff,

    v.

ASHLEY BLAKE COLLINS,
RAYCEN RAINES,
GENEVA LONE HILL and
WAKPAMNI LAKE COMMUNITY
CORPORATION,

    Defendant.

Civil Action No. TDC-17-1807

## AMENDED ORDER

On February 4, 2020, Jacinta Elder filed a Consent Motion to Dismiss Without Prejudice Defendant Ashley Blake Collins  pursuant to Federal Rule of Civil Procedure 41(a)(2).  ECF No. 60.  The Court having reviewed the Notice, it is hereby ORDERED that Elder's claims against Defendant Ashley Blake Collins are DISMISSED WITHOUT PREJUDICE.

Date:  March 11, 2020



THEODORE D. CHUANG
United States District Judge