**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**Greenbelt Division**

| | |
|---|---|
| JACINTA ELDER,<br><br>        Plaintiff,<br><br>  v.<br><br>RAYCEN RAINES, GENEVA LONE HILL,<br>and WAKPAMNI LAKE COMMUNITY<br>CORPORATION,<br><br>        Defendants. | Civil Action No. 8:17-cv-01807-TDC<br><br>Magistrate Judge Timothy Sullivan |

**[PROPOSED] ORDER**

Finding that Defendants Raycen Raines, Geneva Lone Hill, and Wakpamni Lake Community Corporation (collectively referred to herein as "Defendants"), having failed to plead or otherwise defend in this action, and default having been entered on December 18, 2018 for failure to appear in this matter, it is HEREEBY ORDERED, pursuant to Rule 55(b)(1) of the Federal Rules of Civil Procedure, that:

1. Magistrate Judge Timothy J. Sullivan's Report and Recommendations (Dkt. No. 68) are adopted in full;

2. Plaintiff's Motion for Default Judgment (Dkt. No. 65) against Defendants Raycen Raines, Geneva Lone Hill, and the Wakpamni Lake Community Corporation as to Counts 1, 2, 3, 4, and 5 is GRANTED;

3. Defendants' are DECLARED not to be entitled to sovereign immunity;

4. Defendants' loan to Plaintiff (filed at ECF No. 1-1) is DECLARED void and unenforceable;

5.      Defendants are ENJOINED from seeking to collect on, enforce, sell, or otherwise receive any principal, interest, charges, or other benefits from the loan that Defendants made to Plaintiff;

6.      Defendants are ENJOINED from investing in or providing support, whether monetary or otherwise, to any person or entity offering, issuing, processing, collecting, or servicing the loan that Defendants made to Plaintiff;

7.      Defendants SHALL REFUND $450.00 to Plaintiff;

8.      JUDGMENT against Defendants and in favor of Plaintiff is entered;

9.      Plaintiff is AWARDED reasonable attorney's fees pursuant to 18 U.S.C. § 1964(c) and Loc. R. 109.2; and,

10.     Plaintiff is AWARDED costs pursuant to 28 U.S.C. § 1920, Fed. R. Civ. P. 54(d)(1), and Loc. Loc. R. 109.1.

**SO ORDERED** this _____ day of _____, 2020.

_____

Theodore D. Chuang
United Stated Judge