**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division**

| | | |
|---|---|---|
| **JACINTA ELDER,** | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. TDC-17-1807 |
| | ) | |
| v. | ) | |
| | ) | |
| **RAYCEN RAINES,** *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**DEFENDANTS' UNOPPOSED MOTION FOR
EXTENSION OF TIME TO FILE OBJECTIONS TO
REPORT AND RECOMMENDATION**

Specially-appearing Defendants Raycen Raines, Geneva Lone Hill, and Wakpamni Lake Community Corporation ("Defendants"),[1] by counsel, and pursuant to Federal Rule of Civil Procedure 6(b) and Local Civil Rule 105(9), hereby move for an extension of time up to and including October 8, 2020 for Defendants to file Objections to the Court's Report and Recommendation (Dkt. No. 68). In support of their Motion, Defendants state the following:

1. Fed. R. Civ. P. 6(b)(1) governs motions for an extension of time, and provides, in pertinent part: "When an act may or must be done within a specified time, the court may, for good cause, extend the time: . . . (A) with or without motion or notice if the court acts, or if a request is made, before the original time or its extension expires."

2. On August 24, 2020, this Court entered a Report and Recommendation ("R&R") regarding Plaintiff's Motion for Default Judgment as to Defendants. (Dkt. No. 68.)

---

[1] Through this special appearance, Defendants do not intend to enter a general appearance, waive service or otherwise submit to jurisdiction in this matter.

3. Since the entry of the R&R, Defendants have engaged the undersigned counsel's firm to attempt to resolve this matter.

4. In an effort to provide the parties additional time to attempt to resolve the matter, Defendants seek a 30-day extension of time, through October 8, 2020, to file any Objections to the Court's R&R.

5. Such extension will not prejudice Plaintiff and will not unduly delay this litigation.

6. The extension is requested prior to the expiration of the deadline by which Defendants are required to file any Objections to the R&R.

7. Pursuant to Local Civil Rule 105(9), counsel for Defendants has conferred with counsel for Plaintiff, who has consented to the requested extension.

Accordingly, for the reasons set forth above, Defendants respectfully request that the Court enter an Order granting Defendants an extension of time up to and including October 8, 2020, for Defendants to file an Objection to the R&R.

Respectfully submitted,

By: /s/ S. Mohsin Reza
S. Mohsin Reza, D. Md. Bar No. 19015
TROUTMAN PEPPER HAMILTON SANDERS LLP
401 9th Street, NW, Suite 1000
Washington, DC 20004
Telephone: (202) 274-1927
Facsimile: (202) 274-2994
mohsin.reza@troutman.com

*Counsel for Defendants Raycen Raines, Geneva Lone Hill and Wakpamni Lake Community Corporation*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of September 2020, I electronically filed the foregoing pleading with the Clerk of Court using the CM/ECF system, which will send a Notice of Electronic Filing to all registered users listed below:

Anna Claire Haac
Hassan A Zavareei
Tycko & Zavareei, LLP
1828 L St., NW
Suite 1000
Washington, DC 20036
Email: ahaac@tzlegal.com
Email: hzavareei@tzlegal.com

/s/ S. Mohsin Reza
S. Mohsin Reza, D. Md. Bar No. 19015
TROUTMAN PEPPER HAMILTON SANDERS LLP
401 9th Street, NW, Suite 1000
Washington, DC 20004
Telephone: (202) 274-1927
Facsimile: (202) 274-2994
mohsin.reza@troutman.com

*Counsel for Defendants Raycen Raines, Geneva Lone Hill and Wakpamni Lake Community Corporation*