IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division

| | |
|---|---|
| **JACINTA ELDER,** | ) |
| | ) |
| **Plaintiff,** | )   Civil Action No. TDC-17-1807 |
| | ) |
| v. | ) |
| | ) |
| **RAYCEN RAINES,** *et al.*, | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

### **[PROPOSED] ORDER**

UPON CONSIDERATION of Defendants Raycen Raines, Geneva Lone Hill, and Wakpamni Lake Community Corporation's ("Defendants") Unopposed Motion for Extension of Time to File Objections to the Report and Recommendation and for good cause shown, it is, this _____ day of _____, 2020,

ORDERED that Defendants' Unopposed Motion for Extension of Time to File Objections to the Report and Recommendation is hereby GRANTED; and it is further,

ORDERED that Defendants Raycen Raines, Geneva Lone Hill, and Wakpamni Lake Community Corporation shall have up to and including October 8, 2020 to file Objections to the Report and Recommendation.

_____
TIMOTHY J. SULLIVAN
United States Magistrate Judge