**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division**

| | |
|---|---|
| JACINTA ELDER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 8:17-cv-01807-TDC |
| ) | |
| RAYCEN RAINES, *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**JOINT MOTION TO VACATE REPORT & RECOMMENDATION RECOMMENDING
DEFAULT JUDGMENT AGAINST DEFENDANTS**

Plaintiff Jacinta Elder and specially-appearing Defendants Raycen Raines, Geneva Lone Hill, and Wakpamni Lake Community Corporation ("Defendants"),[1] by counsel, jointly move the Court to vacate the Report and Recommendation Recommending the Entry of Default Judgment Against Defendants (the "Report and Recommendation"). In support of their Motion, the parties state the following:

1. On March 4, 2020, Plaintiff filed a Motion for Default Judgment against Defendants [Docket No. 65].

2. On August 24, 2020, Magistrate Judge Sullivan issued the Report and Recommendation [Docket No. 68] regarding Plaintiff's Motion for Default Judgment.

3. On September 8, 2020, Plaintiff filed a timely Request for Modification of Report and Recommendation [Docket No. 69].

4. On September 8, 2020, Defendants filed a timely Unopposed Motion for Extension

---

[1] Through this special appearance, Defendants do not intend to enter a general appearance, waive service or otherwise submit to jurisdiction in this matter.

of Time to File Objections to Report and Recommendation [Docket No. 70].

5. By Order entered on September 9, 2020, the Court granted Defendants' Motion for Extension of Time to File Objections to Report and Recommendation [Docket No. 71].

6. On October 13, 2020, the Court further extended Defendants' deadline to file its Objections to the Report and Recommendation by October 22, 2020 [Docket No. 73].

7. Accordingly, the District Court has not yet made its *de novo* determination to accept, reject or modify the Report and Recommendation.  *See* Local Rule 301(5). [2]

8. After the issuance of the Report and Recommendation, Plaintiff and the Defendants reached a confidential resolution expressly contingent on the Court's vacatur of the Report and Recommendation based upon a joint motion to be filed by the parties.

9. Thus, the parties jointly seek a vacatur of the Report and Recommendation in order to effectuate the confidential settlement.

10. Courts have the authority and frequently vacate prior decisions and opinions at the request of the parties in the context of settlement.  *U.S. Bancorp Mortg. Co. v. Bonner Mall Partnership,* 513 U.S. 18, 19 (1994); *Valero Terrestrial Corp. v. Paige,* 211 F.3d 112, 118 (4th Cir. 2000); *see also Gemini Ins. Co. v. N. Am. Capacity Ins. Co.*, No. 3:14-cv-00121, 2015 U.S. Dist. LEXIS 80239, at *5 (D. Nev. June 18, 2015) (noting that "Courts that exercise Rule 54(b) power in the context of settlement have found vacating a prior order is 'consonant with equity' if there are no reasons suggesting the order should not be vacated."); *Goldman v. Gen. Accident Ins. Co. of Am.*, No. 2:01-cv-02686, 2007 U.S. Dist. LEXIS 70406, at *1-2 (D.N.J. May 24, 2007) (granting motion under Rule 60(b)(6) to vacate opinion and order where parties agree to settle

---

[2] While the parties recognize that the Magistrate's Report and Recommendation is not a final decision, the parties expeditiously move for their requested relief in order to conserve the Court's time and resources.

dispute after notice of appeal and where settlement was contingent on the district court's vacatur).

11. In this case, there are exceptional circumstances and good cause for the Court exercising its broad discretion to vacate the Report and Recommendation. First, the parties have expressly agreed to the vacatur of the Report and Recommendation as a condition precedent to the parties' settlement and will be unable to resolve the matter absent vacatur (understanding that this falls within the Court's discretion). *See Hospira v. Sandoz Inc.*, No. 09-4591, 2014 U.S. Dist. LEXIS 25072, at *11 (D.N.J. Feb. 27, 2014) (granting joint motion to vacate, including because "[s]ettlement are – of course – highly favored"). Second, the Report and Recommendation has not been adopted by the District Court and is not a published opinion. *See, e.g., Anderson v. Pngi Charles Town Gaming,* No. 3:04CV42, 2008 U.S. Dist. LEXIS 144148, at *3 (N.D. W. Va. July 31, 2008) (noting that where no published opinions were issued, the judgment had "minimal precedential value outside of this case."). Third, the parties are unaware of any other litigation by third parties that would be impacted by the Court vacating the Report and Recommendation.

12. As part of the Parties' Settlement Agreement, Plaintiff Jacinta Elder has consented to the relief requested in this Motion, namely the vacating of the Report and Recommendation.

WHEREFORE, Plaintiff, Jacinta Elder, and specially-appearing Defendants, Raycen Raines, Geneva Lone Hill, and Wakpamni Lake Community Corporation, by counsel respectfully request that the Court enter an order vacating the Report and Recommendation.

Respectfully submitted,

By: /s/ Anna C. Haac
Anna Claire Haac (No. 28383)
TYCKO & ZAVAREEI LLP
1828 L St., NW
Suite 1000
Washington, DC 20036
Telephone: (202) 973-0900
Facsimile: (202) 97300950
ahaac@tzlegal.com

*Counsel for Plaintiff,
Jacinta Elder*

By:/s/ S. Mohsin Reza
S. Mohsin Reza, D. Md. Bar No. 19015
TROUTMAN PEPPER HAMILTON SANDERS LLP
401 9th Street, NW, Suite 1000
Washington, DC 20004
Telephone: (202) 274-1927
Facsimile: (202) 274-2994
mohsin.reza@troutman.com

*Counsel for Defendants, Raycen Raines,
Geneva Lone Hill and Wakpamni Lake
Community Corporation*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of October, 2020, I electronically filed the foregoing pleading with the Clerk of Court using the CM/ECF system, which will send a Notice of Electronic Filing to all registered users listed below:

Anna Claire Haac
Hassan A Zavareei
Tycko & Zavareei, LLP
1828 L St., NW
Suite 1000
Washington, DC 20036
Email: ahaac@tzlegal.com
Email: hzavareei@tzlegal.com

/s/ S. Mohsin Reza
S. Mohsin Reza, D. Md. Bar No. 19015
TROUTMAN PEPPER HAMILTON SANDERS LLP
401 9th Street, NW, Suite 1000
Washington, DC 20004
Telephone: (202) 274-1927
Facsimile: (202) 274-2994
mohsin.reza@troutman.com

*Counsel for Defendants Raycen Raines,
Geneva Lone Hill and Wakpamni Lake
Community Corporation*