IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division

| | | |
|---|---|---|
| **JACINTA ELDER,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Civil Action No. 8:17-cv-01807-TDC |
| | ) | |
| **RAYCEN RAINES,** *et al.*, | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

## ORDER VACATING REPORT & RECOMMENDATION

THIS MATTER came before the Court upon the Parties' Joint Motion to vacate this Court's prior Report and Recommendation recommending that default judgment be entered against Defendants, Wakpamni Lake Community Corporation, Geneva Lone Hill, and Raycen Raines ("Defendants") as a result of a settlement reached by the parties.

Upon consideration whereof, for good cause shown and by agreement of counsel for the parties, it is hereby,

ORDERED, ADJUDGED, and DECREED that the parties' Joint Motion to Vacate Report and Recommendation Recommending Default Judgment against Defendants is GRANTED; and it is further,

ORDERED, ADJUDGED, and DECREED that this Court's August 24, 2020 Report and Recommendation [Dkt. No. 68] is hereby VACATED; and it is further

ORDERED, ADJUDGED, AND DECREED that the parties shall have forty-five (45) days from the entry of this Order to file a stipulation of dismissal with prejudice between Plaintiff and Defendants.

Entered: __November 2_____, 2020

_____
Hon. Timothy J. Sullivan
United States Magistrate Judge