IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division

| | |
|---|---|
| JACINTA ELDER,<br><br>        Plaintiff,<br><br>   v.<br><br>RAYCEN RAINES, GENEVA LONE HILL, and WAKPAMNI LAKE COMMUNITY CORPORATION,<br><br>        Defendants. | Civil Action No. 8:17-cv-01807-TDC<br><br>Hon. Theodore D. Chuang |

## REQUEST FOR DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(2), Counsel for the Parties hereby notify the Court that this case has been settled with Defendants Raycen Raines, Geneva Lone Hill, and Wakpamni Lake Community Corporation. Defendants have agreed, among other confidential terms, that neither Defendants nor their affiliates or subsidiaries will make loans to consumers in the state of Maryland for at least two consecutive years following November 2, 2020, which this Court shall retain continuing jurisdiction to enforce. The Parties thus respectfully request that this Court dismiss this action with prejudice.

Dated: December 8, 2020

By: /s/ *Anna C. Haac*
 Anna C. Haac (No. 28383)
 TYCKO & ZAVAREEI LLP
 1828 L Street, N.W., Suite 1000
 Washington, D.C. 20036
 P: (202) 973-0900
 F: (202) 973-0950
 ahaac@tzlegal.com

 *Counsel for Plaintiff*

By: /s/ *Syed Mohsin Reza*
 Syed Mohsin Reza
 TROUTMAN PEPPER HAMILTON SANDERS LLP
 401 9th Street NW, Suite 1000
 Washington, DC 2004
 P: (202) 274-1927
 F: (703) 448-6510
 mohsin.reza@troutmansanders.com

 *Counsel for Defendants*