IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Greenbelt Division

| | |
|---|---|
| JACINTA ELDER, <br><br> Plaintiff, <br><br> v. <br><br> RAYCEN RAINSE, GENEVA LONE HILL, and WAKPAMNI LAKE COMMUNITY CORPORATION, <br><br> Defendants. | Civil Action No. 8:17-cv-01807-TDC <br><br> Hon. Theodore D. Chuang |

### [Proposed] Order

On December 8, 2020, the Parties filed a Request for Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(2). The Court having reviewed the Request, it is hereby ORDERED that:

(1) Plaintiff Jacinta Elder's claims against Defendants Raycen Raines, Geneva Lone Hill, and Wakpamni Lake Community Corporation are DISMISSED WITH PREJUDICE; and

(2) Defendants Raycen Raines, Geneva Lone Hill, and Wakpamni Lake Community Corporation and their affiliates and/or subsidiaries shall not make any loans to consumers in the state of Maryland for at least two consecutive years following November 2, 2020, which this Court shall retain continuing jurisdiction to enforce.

**SO ORDERED** this _____ day of December, 2020.

_____
Theodore D. Chuang
United States Judge