## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND
### Greenbelt Division

JACINTA ELDER,

                    Plaintiff,

          v.

RAYCEN RAINSE, GENEVA LONE HILL,
and WAKPAMNI LAKE COMMUNITY
CORPORATION,

                    Defendants.

Civil Action No. 8:17-cv-01807-TDC

Hon. Theodore D. Chuang

### Order

On December 8, 2020, the Parties filed a Request for Dismissal pursuant to Federal Rule of

Civil Procedure 41(a)(2). The Court having reviewed the Request, it is hereby ORDERED that:

(1)     Plaintiff Jacinta Elder's claims against Defendants Raycen Raines, Geneva Lone Hill,

and Wakpamni Lake Community Corporation are DISMISSED WITH PREJUDICE; and

(2)     Defendants Raycen Raines, Geneva Lone Hill, and Wakpamni Lake Community

Corporation and their affiliates and/or subsidiaries shall not make any loans to consumers in the

state of Maryland for at least two consecutive years following November 2, 2020, which this Court

shall retain continuing jurisdiction to enforce.

SO ORDERED this ____ day of December, 2020.



Theodore D. Chuang
United States District Judge